IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCOR, INC. and <br> AMS RESEARCH CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> CRYOCATH TECHNOLOGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )  C.A. No. _____ <br> ) <br> ) <br> )  **JURY TRIAL DEMANDED** <br> ) <br> ) |

## RULE 7.1. DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Plaintiff CryoCor, Inc. hereby discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to FED. R. CIV. P. 7.1, Plaintiff AMS Research Corporation hereby identifies its parent corporations and any publicly held company that owns ten present (10%) or more of the party's stock, as follows: AMS Research Corporation is a wholly owned subsidiary of American Medical Systems, Inc., which is a wholly-owned subsidiary of American Medical Systems Holdings, Inc.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Leland G. Hansen
Wil Rao
Andrew W. Bateman
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Tel: (312) 775-8000
*Attorneys For AMS Research Corp.*

-and-

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys For Plaintiffs CryoCor, Inc. and AMS Research Corporation*

Howard N. Wisnia
James P. Conley
BAKER & MCKENZIE
12544 High Bluff Drive, Third Floor
San Diego, California 92130-3051
Tel: (858) 523-6200
*Attorneys For CryoCor, Inc.*

Dated: January 15, 2008
842665 / 32647