IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCOR, INC. and<br>AMS RESEARCH CORPORATION,<br><br>      Plaintiffs,<br><br>v.<br><br>CRYOCATH TECHNOLOGIES, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 08-31 GMS<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Leland G. Hansen, Wilhelm L. Rao and William B. Gont of McAndrews, Held & Malloy, LTD., 500 West Madison Street, 34th Floor, Chicago, IL 60661 to represent Plaintiffs CryoCor, Inc. and AMS Research Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: February 1, 2008
844090/ 32647

*Attorneys For Plaintiffs CryoCor, Inc. and AMS Research Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court Ltd.

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: February 1, 2008         Signed:    /s/ *Leland G. Hansen*
                                          Leland G. Hansen
                                          McAndrews, Heid & Malloy, LTD.
                                          500 West Madison Street.
                                          34th Floor
                                          Chicago, IL 60661
                                          Telephone: (312) 775-8000
                                          lhansen@mcandrews-ip.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 1, 2008         Signed:    /s/ *Wilhelm L. Rao*
                                          Wilhelm L. Rao
                                          McAndrews, Held & Malloy, LTD
                                          500 West Madison Street.
                                          34th Floor
                                          Chicago, IL 60661
                                          Telephone: (312) 775-8000
                                          wrao@mcandrews-ip.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

- ☐ has been paid to the Clerk of the Court
- ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 1, 2008        Signed:    /s/ *William B. Gont*
                                          William B. Gont
                                          McAndrews, Held & Malloy, LTD
                                          500 West Madison Street.
                                          34th Floor
                                          Chicago, IL 60661
                                          Telephone: (312) 775-8000
                                          wgont@mcandrews-ip.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 1, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 1, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| John G. Day<br>Lauren E. Maguire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com | Jason R. Buratti<br>Jeffrey L. Kamenetsky<br>Joseph R. Englander<br>Christopher & Weisberg, P.A.<br>200 East Las Olas Boulevard<br>Suite 2040<br>Fort Lauderdale, FL 33301<br>jburatti@cwiplaw.com<br>jkamenetsky@cwiplaw.com<br>jenglander@cwiplaw.com |

By: /s/David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

835681 / 32371