## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOCOR, INC. and<br>AMS RESEARCH CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No. 08-31-GMS |
| v. | ) ) | |
| CRYOCATH TECHNOLOGIES, INC., | ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

### AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs CryoCor, Inc. ("CryoCor") and AMS Research Corporation ("AMS Research") bring this Complaint against CryoCath Technologies, Inc. ("CryoCath"), and allege as follows:

### NATURE OF THIS ACTION

1.    This is an action for injunctive relief and damages based upon CryoCath's patent infringement under the Patent Laws of the United States, Title 35, United States Code §§ 101 *et seq.*

### PARTIES

2.    Plaintiff CryoCor is a Delaware Corporation and has its principal place of business at 9717 Pacific Heights Boulevard, San Diego, California 92121. CryoCor is a leader in developing systems and methods for minimally invasive cryosurgery. CryoCor manufactures and markets the CryoCor™ Cardiac Cryoablation System for treating cardiac arrhythmias by creating lesions using cyroenergy, or extreme cold.

3.    Plaintiff AMS Research is a Delaware corporation, and has its principal place of business at 10700 Bren Road West, Minnetonka, Minnesota 55343.

4.    On information and belief, Defendant CryoCath is a corporation organized and existing under the laws of the province of Quebec, Canada and has a principal place of business at 16771 Chemin Ste-Marie, Kirkland, Quebec, H9H 5H3, Canada.  CryoCath is a medical technology company that, among other things, uses, sells, offers to sell, imports and/or has imported into the United States cryosurgical products to treat cardiac arrhythmias.

5.    Defendant CryoCath and Plaintiff CryoCor are parties to a separately captioned patent infringement action in this Court, *CryoCath Technologies, Inc. v. CryoCor, Inc.*, Civil Action No. 07-631-GMS.

### JURISDICTION AND VENUE

6.    This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) and under the patent laws of the United States 35 U.S.C. § 101 *et seq.*

7.    This Court has personal jurisdiction over CryoCath.  On information and belief, CryoCath has systematic contacts with this judicial district, regularly transacts business in this judicial district, and has availed itself of the benefits of this judicial district.

8.    Venue is proper under 28 U.S.C. §§ 1391 and 1400(b).

### THE PATENTS-IN-SUIT

9.    On June 3, 2003, United States Patent No. 6,572,610 ("610 Patent"), entitled "Cryogenic Catheter With Deflectable Tip," was duly and legally issued to CryoGen, Inc.  A true and correct copy of the 610 Patent is attached as Exhibit A to this Complaint.  Previously, on February 27, 2003, U.S. Patent Publication No. 2003/0040740 ("740 Publication") was published with the same disclosure and substantially identical claims to that of the 610 Patent.  A true and correct copy of the 740 Publication is attached as Exhibit B to this Complaint.

10.    On October 29, 2002, United States Patent No. 6,471,694 ("694 Patent"), entitled "Control System For CryoSurgery," was duly and legally issued to CryoGen, Inc.  A true and correct copy of the 694 Patent is attached as Exhibit C to this Complaint.

11.    On February 12, 2008, United States Patent No. RE 40,049 ("RE 049 Patent"), entitled "Precooled Cryogenic Ablation System," was duly and legally issued to CryoGen, Inc.  A true and correct copy of the RE 049 Patent is attached as Exhibit D to this Complaint.

12.    AMS Research is the owner of the entire right, title and interest in and to the 610, 694 and RE 049 Patents.  CryoCor is the exclusive licensee of the 610, 694 and RE 049 Patents in certain fields of use.

**COUNT I**
**INFRINGEMENT OF THE 610 PATENT**

13.    Plaintiffs re-allege and incorporate herein by reference the allegations contained in paragraphs 1-12.

14.    CryoCath has been and still is directly infringing; contributing to infringement and/or inducing infringement of one or more claims of the 610 Patent; and/or has practiced the invention as claimed in the 740 Publication.  CryoCath's infringing activities in the United States include at least using, offering to sell, selling, importing and/or having imported one or more of CryoCath's cryosurgery products that include CryoCath's CryoConsole and CryoCath's Freezor, Freezor Xtra, and Freezor MAX catheters.  CryoCath has violated, and continues to violate, U.S. patent laws.

15.    Upon information and belief, CryoCath has and had actual notice of the 610 Patent and the 740 Publication, and is infringing the 610 Patent with knowledge of Plaintiffs' patent rights.  CryoCath's actions are willful and deliberate.

16.     Plaintiffs have been, and are being damaged, by CryoCath's infringement. Plaintiffs are suffering, and will continue to suffer, damage, including irreparable harm for which there is no adequate remedy at law, unless this Court enjoins CryoCath's infringement of the 610 Patent.

**COUNT II**
**INFRINGEMENT OF THE 694 PATENT**

17.     Plaintiffs re-allege and incorporate herein by reference the allegations contained in paragraphs 1-16.

18.     CryoCath has been and still is directly infringing; contributing to infringement and/or inducing infringement of one or more claims of the 694 Patent. CryoCath's infringing activities in the United States include at least using, offering to sell, selling, importing and/or having imported one or more of CryoCath's cryosurgery products that include CryoCath's CryoConsole and CryoCath's Freezor, Freezor Xtra, and Freezor MAX catheters. CryoCath has violated, and continues to violate, U.S. patent laws.

19.     Upon information and belief, CryoCath has and had actual notice of the 694 Patent, and is infringing the 694 Patent with knowledge of Plaintiffs' patent rights. CryoCath's actions are willful and deliberate.

20.     Plaintiffs have been, and are being damaged, by CryoCath's infringement. Plaintiffs are suffering, and will continue to suffer, damage, including irreparable harm for which there is no adequate remedy at law, unless this Court enjoins CryoCath's infringement of the 694 Patent.

**COUNT III**
**INFRINGEMENT OF THE RE 049 PATENT**

21.     Plaintiffs re-allege and incorporate herein by reference the allegations contained in paragraphs 1-20.

4

22.     CryoCath has been and still is directly infringing; contributing to infringement and/or inducing infringement of one or more claims of the RE 049 Patent. CryoCath's infringing activities in the United States include at least using, offering to sell, selling, importing and/or having imported one or more of CryoCath's cryosurgery products that include CryoCath's CryoConsole and CryoCath's Freezor, Freezor Xtra, and Freezor MAX catheters. CryoCath has violated, and continues to violate, U.S. patent laws.

23.     Upon information and belief, CryoCath is infringing the RE 049 Patent with knowledge of Plaintiffs' patent rights. CryoCath's actions are willful and deliberate.

24.     Plaintiffs have been, and are being damaged, by CryoCath's infringement. Plaintiffs are suffering, and will continue to suffer, damage, including irreparable harm for which there is no adequate remedy at law, unless this Court enjoins CryoCath's infringement of the RE 049 Patent.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray for the following relief against CryoCath:

A.     A judgment for Plaintiffs that CryoCath is directly infringing, contributorily infringing, and/or inducing infringement of each of the patents-in-suit in violation of 35 U.S.C. § 271;

B.     Preliminary and permanent injunctive relief enjoining CryoCath from making, using, selling, offering to sell, importing and having imported into the United States any infringing products, or inducing or contributing to infringement of the patents-in-suit;

C.     An award of damages for CryoCath's infringement of the 610, 694 and RE 049 patents, together with interest (both pre- and post-judgment), costs, and disbursements as fixed by this Court under 35 U.S.C. § 284;

D.      A declaration that CryoCath's infringement of the patents-in-suit is willful and deliberate and an award of treble the amount of damages and losses sustained by Plaintiffs as a result of CryoCath's infringement, and all other damages allowed under 35 U.S.C. § 284;

E.      A declaration that this is an exceptional case within the meaning of 35 U.S.C. § 285, and award of costs, expenses, and attorneys' fees incurred in bringing and prosecuting this action, including pursuant to 35 U.S.C. § 285; and

F.      Such other and further relief in law or in equity to which Plaintiffs may be justly entitled.

### DEMAND FOR A JURY TRIAL

CryoCor and AMS Research respectfully request trial by jury as to all issues so triable, pursuant to the Federal Rules of Civil Procedure and D. Del. LR 38.1.

Respectfully Submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Leland G. Hansen
Wil Rao
Andrew W. Bateman
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Tel: (312) 775-8000
*Attorneys For AMS Research Corp.*

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    1313 N. Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Howard N. Wisnia
James P. Conley
BAKER & MCKENZIE
12544 High Bluff Drive, Third Floor
San Diego, California 92130-3051
Tel: (858) 523-6200
*Attorneys For CryoCor, Inc.*

*Attorneys For Plaintiffs CryoCor, Inc. and*
*AMS Research Corporation*

849612 / 32647

# EXHIBIT A

US006572610B2

(12) **United States Patent**     (10) **Patent No.:**    **US 6,572,610 B2**
Kovalcheck et al.              (45) **Date of Patent:**        **Jun. 3, 2003**

(54) **CRYOGENIC CATHETER WITH DEFLECTABLE TIP**

(75) Inventors: **Steven W. Kovalcheck**, San Diego, CA (US); **John Frederick Hayfield**, San Diego, CA (US)

(73) Assignee: **CryoGen, Inc.**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/935,296**

(22) Filed: **Aug. 21, 2001**

(65) **Prior Publication Data**

US 2003/0040740 A1 Feb. 27, 2003

(51) Int. Cl.[7] ................................................ A61B 18/18
(52) U.S. Cl. ............................................................ 606/21
(58) Field of Search ...................................... 606/20–26

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,395,327 A | * | 3/1995 | Lundquist et al. .......... 600/373 |
| 5,733,280 A | * | 3/1998 | Avitall ......................... 606/23 |
| 6,270,476 B1 | * | 8/2001 | Santoianni et al. ........... 606/23 |

* cited by examiner

*Primary Examiner*—Linda C. M. Dvorak
*Assistant Examiner*—David M. Ruddy
(74) *Attorney, Agent, or Firm*—Gerald W. Spinks

(57) **ABSTRACT**

A flexible cryosurgical catheter having a deflectable segment adjacent its distal end, a pull wire through said catheter connected to the deflectable segment, and a deflection mechanism in its handle for pulling on the pull wire to establish a desired curvature in the deflectable segment.

**8 Claims, 5 Drawing Sheets**





FIG. 1









FIG. 21

US 6,572,610 B2

1

# CRYOGENIC CATHETER WITH DEFLECTABLE TIP

## CROSS REFERENCE TO RELATED APPLICATIONS

Not Applicable

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not Applicable

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention is in the field of cryosurgical catheters.

### 2. Background Art

In the treatment of various medical conditions, it is sometimes beneficial to apply an extremely cold temperature at one or more selected, isolated locations in or near a selected organ in the patient's body. As an example, it can be beneficial in the treatment of cardiac arrhythmia to apply cryosurgical temperatures at selected locations in the patient's heart, to create localized areas of necrotic tissue. Similarly, it can be beneficial to apply extremely cold temperatures at selected locations in other organs, or in a vascular system of the patient. The application of extremely cold temperatures can be achieved by inserting a flexible cryosurgical catheter through a vascular system to the desired location. The flexible catheter can have a heat transfer element at or near its distal end. The heat transfer element can be cooled to a cryosurgical temperature and placed in contact with a selected area of biological tissue.

It would be desirable to facilitate the application of cold temperatures by devising an apparatus with the ability to flex the tip of the cryosurgical catheter in a desired direction, to assist in guiding the catheter through a tortuous path to the selected location in or near a selected organ, or in a vascular system.

## BRIEF SUMMARY OF THE INVENTION

According to certain embodiments of the invention, a surgical device is provided for applying cold temperatures at locations within the human body, via minimally invasive techniques. More specifically, the device may comprise a deflectable catheter, passable through the larger blood vessels and cavities of the heart, having a distal tip which can be deflected by remotely located means. The apparatus has conduits for the delivery and removal of refrigerant fluids within the catheter, and conductors for the monitoring of temperature and electrical impulse. A proximally located handle has a mechanism for activating the deflection of a distal catheter tip in a single plane. In certain embodiments, a flexible multiple conduit tubular vessel attached to the handle terminates in a dual channel quick connect plug for interfacing the catheter with a cryogenic fluid supply unit.

The catheter may have a torque transmitting tubular member extending from the handle to a distally located flexible tubular segment which, in turn, terminates in a high thermal conductivity tip. A deflection mechanism in the handle may manipulate the curvature of the distal flexible tubular segment of the catheter, and a braking or locking mechanism in the handle may be used to maintain a set curvature of the tip, with the tip deflection being in a

2

predefined plane. A portion of the deflection mechanism in the handle insures that the axial tension imposed to effect deflection of the catheter tip is not transferred to the catheter shaft, thereby preventing transmission of force to the shaft. A mechanism is also incorporated into the handle to aid in the straightening of the distal tip section of the catheter, once deflection is released. A tensioning mechanism maintains a user adjustable, relatively constant tip deflection force throughout the range of motion.

Another feature that may be provided in the catheter is a device for monitoring interior catheter pressure near the catheter tip region. The conduits for refrigerant fluid delivery and removal, and the conduit for pressure monitoring are separated from the deflection mechanism in the handle, thereby relieving the need to hermetically seal the handle.

The novel features of this invention, as well as the invention itself, will be best understood from the attached drawings, taken along with the following description, in which similar reference characters refer to similar parts, and in which:

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. 1 is a perspective view of the apparatus according to an embodiment of the present invention;

FIG. 2 is a partial longitudinal section view of the apparatus shown in FIG. 1;

FIG. 3 is an elevation view of the proximal end of the apparatus shown in FIG. 2;

FIG. 4 is an elevation view of a portion of the apparatus shown in FIG. 2;

FIG. 5 is a longitudinal section view of the portion of the apparatus shown in FIG. 4;

FIGS. 6 and 7 are transverse section views of the apparatus shown in FIG. 2;

FIG. 8 is an elevation view of the distal portion of the apparatus shown in FIG. 1;

FIGS. 9 through 15 are transverse section views of the apparatus shown in FIG. 8;

FIG. 16 is a longitudinal section view of the portion of the apparatus shown in FIG. 8;

FIG. 17 is a longitudinal section view of the distal end of the portion of the apparatus shown in FIG. 16;

FIG. 18 is a longitudinal section view of an intermediate part of the portion of the apparatus shown in FIG. 16;

FIGS. 19 and 20 are longitudinal section views of an alternate embodiment of the distal portion of the apparatus shown in FIG. 1; and

FIG. 21 is a partially exploded view of the apparatus of FIG. 1

## DETAILED DESCRIPTION OF THE INVENTION

As shown in FIG. 1, the apparatus 100 includes a flexible catheter 16 attached to a handle 20, which is attached by a flexible tube 25 to a cryogenic fluid unit (not shown). As seen in FIGS. 16, 17, and 18, a spring wire 4 and a pull wire 5 are incorporated into the catheter 16, to facilitate a controlled deflection of the distal portion of the catheter 16.

As shown in FIGS. 8, 16, 17, and 18, the distal tip 1 of the catheter 16 is a closed end hollow tube which can be machined, formed, cast or molded from a highly conductive metal, preferably copper. The copper can be gold plated to

3

insure biocompatibility. Proximal to the catheter tip 1, there can be a tip union 3 formed from a weldable metal, preferably stainless steel. The tip union 3 and the catheter tip 1 can be attached and hermetically sealed together by soldering or brazing. The tip union 3 can in turn be attached to a particularly flexible segment at the distal end of the catheter 16.

Within the chamber 2 of the catheter tip 1, a plurality of electrical conductors 7a,7b,7c,7d can be attached, for the transmission of electrical signals. The electrical conductors 7a,7b,7c,7d can be seen best in FIGS. 7 and 9 through 13. Two of the attached conductors can form a thermocouple, preferably a T type with one wire material being copper and the second being thermocouple grade constantan. A third conductor, preferably formed of nickel, can be attached to the interior of the catheter tip 1, for monitoring of electrophysiological signals. The electrical conductors can be coated with an insulating material, such as polyimide. A capillary tube 6 can terminate, at a distal end, in the chamber 2 of the catheter tip 1. The capillary tube 6 preferably has inner and outer diameters of 0.010 inches and 0.016 inches, respectively. The distal orifice of the capillary tube 6 can be located approximately 0.05 to 0.07 inches proximal to the distal end of the catheter tip 1. The capillary tube 6 is the distal extension of a high-pressure refrigerant fluid line 29 which extends proximally through the catheter 16, the handle 20, and the flexible tubular connection 25 to the cryogenic unit. The distal portion of the capillary tube 6 and its distal orifice comprise a Joule Thomson expansion element.

Welded to the interior surface of the tubular tip union 3 are two metal components, a spring wire component 4 and a pull wire component 5, both preferably stainless steel, which are located diametrically opposed to each other. The spring wire component 4 is composed of multiple flat wires, each of which is essentially rectangular in cross section, with each rectangular wire having one cross-sectional dimension significantly greater than the cross-sectional dimension perpendicular thereto. This spring wire component 4 extends proximally from the tip union 3 through, and just proximal to, the flexible segment of the catheter 16.

The flat wires are stacked and attached to each other in the spring wire component 4 to essentially form a leaf spring. More specifically, the spring wire component 4 consists of a base flat wire with a length slightly longer than the length of the distal flexible segment of the catheter 16. Near the proximal end of this base flat wire are stacked additional flat wires of progressively shorter lengths, with each having a proximal end terminating preferably a short distance distal to the proximal end of the base wire. In the preferred embodiment, there are at least three of these additional flat wires, with at least some of these having progressively shorter lengths than the base flat wire. All of the stacked flat wires preferably have similar rectangular cross-sectional dimensions.

The distal end of the base wire of the spring wire component 4 is firmly bonded or welded to the tip union 3 distal to the flexible catheter segment, and the proximal end of the base wire is bonded or welded to a shaft union 15 proximal to the flexible catheter segment. The essentially rectangular leaf spring 4 functions as a spine through the flexible segment of the catheter 16, with the smaller cross-sectional dimension of the spine 4 defining a direction in which deflection of the flexible segment of the catheter 16 will occur. The spine 4 also resists deflection of the flexible catheter segment in a direction perpendicular to the defined direction of deflection.

4

The second metal component attached to the tip union 3 is a pull or tendon wire component 5 which, when axially tensioned, imposes a bending moment on the flexible segment of the catheter 16, with a resulting deflection in the direction defined by the spine component 4. The tendon wire 5 extends proximally from the tip union 3 to a deflection mechanism in the handle 20.

Located proximally from the catheter tip 1 is a multi-lumen core tube 9, which extends proximally, from a point approximately two catheter diameters proximal to the catheter tip 1, through the flexible segment of the catheter 16. The core tube 9 can be extruded from a polymer material having a balance between its structural properties and its elastomeric properties. A preferred material for the core tube extrusion 9 is Pebax. The core tube 9 may consist of a continuous segment, or several axially arranged segments of Pebax. For a continuous core tube 9, the hardness and the elastic modulus are constant throughout its length. For the multiple segment embodiment, each segment of core tube 9 can have a hardness and an elastic modulus less than the hardness and elastic modulus of the adjacent segment, progressing proximally to distally. This results in a core tube 9 which is softer and more flexible near its distal end than near its proximal end.

As shown in FIG. 14, the core tube 9 has multiple lumens, which can be geometrically shaped and positioned to give the flexible segment of the catheter 16 a mass moment of inertia lower in the defined direction of deflection than in the direction perpendicular to the direction of deflection. The preferred embodiment of the core tube 9 contains five lumens 10a,10b,10c,10d,10e. The core tube 9 has a central lumen 10d for passage of the tendon wire 5, and a rectangular lumen 10e positioned outwardly from the central lumen 10d. The rectangular lumen 10e is for passage of the spine wire 4. Diametrically opposite the rectangular lumen 10e, on the other side of the central lumen 10d, is located a half-annular shaped lumen 10a, through which the capillary tube 6 passes. This half-annular lumen 10a also provides a return path for low pressure refrigerant gas. Two additional lumens 10b, 10c located outwardly from the central lumen 10d carry the aforementioned electrical conductors 7a,7b, 7c,7d.

Located at the distal and proximal ends of the core tube 9 are two rigid multilumen coupler elements 8,11, preferably fabricated from a metal such as stainless steel. As shown in FIGS. 17 and 18, each coupler 8,11 is a multi-lumen tubular structure with an outer diameter equivalent in size to the outer diameter of the core tube 9. The preferred embodiment of the coupler 8,11 is a tubular structure with at least three lumens 12a, 12b, 12c, as shown in FIG. 15. These are a center circular lumen 12c, an essentially oval lumen 12b located outwardly from the center lumen 12c, and a partial annular lumen 12a that essentially encircles about ¾ of the circumference of the center lumen 12c. In the catheter assembly, the center lumen 12c of each coupler 8,11, through which the tendon wire 5 passes, axially aligns with the center lumen 10d of the core tube 9. The oval lumen 12b of each coupler 8,11, through which the spine wire 4 passes, aligns axially with the rectangular lumen 10e of the core tube 9.

The distal coupler 8 is encased in the tip union 3, and the proximal coupler 11 is encased or captured in the shaft union 15, which is also a stainless steel tube. In the preferred embodiment, the shaft union 15 is thin-walled, preferably having a wall thickness less than about 0.003 inch, and has a length at least five times longer than the proximal coupler 11. The proximal coupler 11 is rigidly held within the shaft

US 6,572,610 B2

5

union 15 by mechanical means, such as a swage or bezel, or by soldering means, brazing means, welding means, or a combination of the cited means.

In another embodiment shown in FIGS. 19 and 20, instead of the core tube 9, a tubular compression spring 62 extends proximally through the flexible segment of the catheter 16. The tubular spring 62 is located proximally from the tip union 3 and firmly attached thereto, by being bonded, welded, soldered, or brazed. The tubular spring 62 is composed of a flat wire having a rectangular cross section, with the smaller of the rectangular dimensions directed radially from the center of the tubular shape, and with the greater of the rectangular dimensions directed substantially axially along the tubular shape. The pitch between coils of the tubular spring 62 is designed to enable bending of the tubular spring 62 perpendicular to the axis of the catheter 16. The pitch may be fixed or variable. In the preferred embodiment, the proximal portion of the tubular spring 62 has a smaller gap between coils than the distal portion of the tubular spring 62, causing the tubular spring 62 to be more flexible near its distal end. The tubular spring embodiment also has a multi-lumen proximal coupler 11 and a shaft union 15.

Inserted into, and rigidly fixed to, the center lumen 12c of the proximal coupler 11 is a sheath union 17. The shaft union 17 is a single lumen formed metal tube. In the preferred embodiment, the sheath union 17 is firmly held to the proximal coupler 11 by mechanical means, or by being soldered, brazed or welded to the center lumen 12c of the proximal coupler 11. Inserted into, and rigidly fixed to, the center lumen 12c of the distal coupler 8 is a distal coupler union 19. The distal coupler union 19 is a single lumen formed metal tube with a flared distal end. In the preferred embodiment, the distal coupler union 19 is firmly held to the distal coupler 8 by mechanical means, or by being soldered, brazed, or welded to the center lumen 12c of the distal coupler 8.

The pull or tendon wire 5 passes from the tip union 3 through the distal coupler union 19, then through the center lumen 10d of the core tube 9 or through the spring tube 62, then into and through the sheath union 17. The essentially rectangular spine 4 passes through the oval lumens 12b of the couplers 8,11 and into the catheter shaft union 15. The spine 4 may be firmly attached to the shaft union 15 by welding means. The sensor wires 7a,7b,7c,7d passing through the core tube 9 or the spring tube 62 freely pass unobstructed through the partial annular lumens 12a of the couplers 8,11. Also passing through the partial annular lumens 12a of the couplers 8,11 is the capillary tube 6 on the distal end of the high pressure fluid line 29. The portions of the lumens 12a, 12b, 12c of the couplers 8,11 not taken up by wires and tubes make up the low pressure refrigerant gas return.

A flexible jacket 14 covers all of the catheter elements from the shaft union 15 to the tip union 3, encasing the core tube 9 or the spring tube 62, and all other internal elements. The flexible jacket 14 is a tube extruded from an elastomeric polymer with a hardness and modulus of elasticity less than or equal to the material of the core tube 9. The jacket 14 has sufficient wall thickness to maintain circularity without buckling, during the bending of the jacket 14 around a one inch radius, through a 180 degree angle. In the preferred embodiment, the jacket 14 has a length of about 5 centimeters, a diameter of about 0.130 inch and wall thickness of about 0.020 inch. The flexible tubular jacket 14 can be firmly attached to the distal portion of the outer diameter of the shaft union 15 and to the proximal portion of the outer

6

diameter of the tip union 3, by a combination of adhesive bonding and thermal fusion. The jacket tube 14 can also be thermally fused to the core tube 9 or the spring tube 62. In the embodiment using the spring tube 62, the spring tube 62 can impart additional hoop strength to the jacket tube 14, thereby preventing buckling during bending. The adhesive bonding and thermal fusing of the jacket tube 14 to the tip union 3 and the shaft union 15 creates a hermetically sealed cavity extending from the catheter tip 1 to the shaft union 15.

Two millimeters proximal to the catheter tip 1, a sensor band 13, preferably formed from platinum, is swaged, fitted or bonded around the flexible jacket tube 14. Conductively attached to the platinum sensor band 13 is a nickel wire, which is passed through the wall of the jacket tube 14, and either into and through one of the conductor lumens 10b, 10c of the core tube 9 or between the inner diameter of the jacket tube 14 and the outer diameter of the spring tube 62, passing proximally past the shaft union 15. The sensor band 13 and the nickel wire comprise a means for sensing ECG electrical impulses.

A tightly wound wire coil sheath 18 encases the pull or tendon wire 5. The sheath 18 terminates on its distal end within the proximal portion of the sheath union 17 and is attached thereto. The sheath 18 extends proximally through the catheter 16 into the handle 20. The sheath 18 preferably has an outer diameter of about 0.021 inch, and is fabricated of tightly wound 0.003 inch diameter wire. During deflection of the tip, axial displacement and tensile force are imposed upon the pull or tendon wire 5. The sheath 18 prevents axial compression of the catheter body 16. While preventing axial compression of the catheter body 16, the coils of the sheath 18 pack together, and the sheath 18 behaves as an incompressible body, thereby allowing efficient transmission of tensile force and axial displacement to the flexible portion of the catheter 16, which results in the deflection of the flexible portion of the catheter 16.

Connected, bonded and thermally fused to the shaft union 15 and the flexible jacket tube 14 is the main catheter shaft 63. The catheter shaft 63 is a tubular element with an outer diameter comparable in size to the outer diameter of the flexible jacket 14, and with an inner diameter comparable to the outer diameter of the shaft union 15. The catheter shaft 63 is a composite structure designed to transmit torque to the catheter tip 1 and the flexible portion of the catheter 16 during manipulation of the catheter 16.

In one embodiment, the catheter shaft 63 includes a relatively stiff thin walled inner tube of thermoplastic, such as polyimide. A stainless steel wire braid is placed over the polyimide tube, and a more flexible polymer covers the wire braid. In this embodiment, the inner polyimide tube has a thickness of about 0.0015 to about 0.002 inch, the braid is woven from 0.001 inch wire, and the outer layer is a flexible polymer such as Pebax. The flexible outer layer thickness is significantly greater than the inner polyimide tube, preferably about 0.010 to about 0.015 inch. The catheter shaft 63 terminates on its distal end at the shaft union 15 and the flexible segment of the catheter 16. The catheter shaft 63 extends proximally through the handle 20, terminating proximal to the handle 20.

In another embodiment, the catheter shaft 63 is comprised of a thermoplastic extrusion with an embedded stainless steel braid. The hardness and elastic properties of the extrusion, and the pitch and number of wires in the braid are chosen to give the desired torque transfer properties to the catheter shaft 63, as is well known in the art.

The sensor conductors 7a,7b,7c,7d, the sheath-encased pull wire 5, and the capillary tube 6 exit the proximal coupler

US 6,572,610 B2

7

11, enter into and pass through the catheter shaft 63, and exit the catheter shaft 63 within the interior of the handle 20. An additional small diameter tube, the gauge tube 22, is contained within the catheter shaft 63 for monitoring of the return fluid pressure. The gauge tube 22 has a preferable outer diameter of about 0.029 inches and inner diameter of about 0.024 inches. The gauge tube 22 terminates on its distal end adjacent to the proximal coupler 11 and extends proximally through the catheter shaft 63, exiting the catheter shaft 63 within the interior of the handle 20.

As shown in FIG. 7, a sheath tube 34 is employed about the sheath 18. The sheath tube 34 has a preferable inner diameter of about 0.024 inch, thereby allowing free movement of the sheath 18 within the sheath tube 34. During catheter usage, the pressure at the distal end of the sheath tube 34 is below atmospheric. The sheath tube 34 terminates proximally within the interior of the handle 20, where pressure is essentially atmospheric. The length and dimensions of the sheath tube 34 are designed to provide a high resistance to fluid movement between the interior of the catheter 16 and the interior of the handle 20. With the sheath 18 and the tendon 5 passing through the sheath tube 34, the available space for fluid movement between the sheath tube 34 and the sheath 18, and between the sheath 18 and the tendon 5, is minimal. Utilization of a sheath tube 34 thusly configured allows the sheath 18 and the tendon 5 components of the deflection apparatus to exit the fluid filled interior of the catheter 16 with no subsequent leakage of fluid, thereby eliminating the need to hermetically seal the handle 20.

The high pressure capillary tube 6 extends from the catheter tip 1 to a point about 10 inches proximal to the catheter tip 1, where it transitions into a larger high pressure tube 29. The transition site is hermetically sealed and can withstand pressures in excess of 1000 psi, without compromise. The high pressure tube 29 then extends proximally through the catheter shaft 63 and exits the catheter shaft 63 within the interior of the handle 20.

As shown in FIG. 2, the handle 20 incorporates a means for securing the catheter shaft 63, the articulation mechanism, an electrical connector or receptacle 3 1, and a pathway for the catheter shaft 63, the high pressure tube 29, and the gauge tube 22 to pass through. As the catheter shaft 63 enters the handle 20, it is firmly captured and bonded into the catheter support 33. The catheter support 33 is a hollow tubular structure with features on its proximal end that allow for securing to slots within the handle 20.

The catheter shaft 63 enters the handle 20 on the distal end of the handle 20, passes through the handle 20, and exits the handle 20 through an exit port on the proximal end of the handle 20. Four exit site holes are made in the wall of the catheter shaft 63 within the handle 20. The exit site holes are drilled or cut preferably at an angle of about 10 to 15 degrees off the axis of the catheter shaft 63, thereby allowing tubes within the catheter shaft lumen to exit without deformation or buckling. One exit site hole (not shown) is provided to allow the high pressure tube 29 to exit the catheter shaft 63. Another exit site hole (not shown) is provided to allow the gauge tube 22 to exit the catheter shaft 63. A third exit site hole 46 is provided to allow the sensor wires 7a,7b,7c,7d to exit the catheter shaft 63. A fourth exit site hole is provided to allow the sheath tube 34, the sheath 18 and the tendon wire 5 to exit the catheter shaft 63.

In the preferred embodiment, the high pressure tube 29 exits the catheter shaft 63 within the handle 20 at the most proximal location, extends essentially parallel to the catheter shaft 63, and exits the handle 20 through the exit port on the proximal end of the handle 20. A hermetic seal is placed about the juncture where the high pressure tube 29 exits the

8

catheter shaft 63. Just distal to the high pressure tube exit site hole, is the gauge tube exit site hole. In the preferred embodiment, the gauge tube 22 exits the catheter shaft 63 within the handle 20, extends essentially parallel to the catheter shaft 63, and exits the handle 20 through the exit port on the proximal end of the handle 20. A hermetic seal is placed about the juncture where the gauge tube 22 exits the catheter shaft 63. At a site slightly distal to the gauge tube exit site hole, the sensor wires 7a,7b,7c,7d exit the shaft 63, pass across the handle 20 and are conductively connected, soldered, or crimped to an electrical receptacle 31. Hermetic seals are placed about the connection of the wires to the receptacle 31 and about the wire exit site hole 46 on the shaft 63.

At a site just proximal to the point where the catheter shaft 63 enters the handle 20, the sheath tube 34, the sheath 18 and the tendon wire 5 exit the catheter shaft 63. A hermetic seal is place about the sheath tube 34 exiting the catheter shaft 63. The tightly wound coil spring which makes up the sheath 18 exits the sheath tube 34, is looped slightly, and then transitions into a larger tightly wound coil spring, the sheath extension 35,36. The loop 37 in the sheath 18 as it exits the catheter shaft 63 is a service loop which allows the sheath 18 to move independently of the catheter shaft 63, thereby preventing the imposition of tensile or compressive forces on the catheter shaft 63.

The sheath extension 35,36 passes through, and is firmly bonded, welded, soldered, or brazed to an adjustment screw 44 with an attached adjustment nut 45. The adjustment screw 44 and nut 45 are securely positioned within the handle 20. Rotation of the adjustment nut 45 on the screw 44 moves the screw 44 and the attached sheath extension 35,36 distally or proximally, depending on the direction of rotation of the nut 45. Use of the adjustment screw 44 and nut 45 allows for fine adjustment of the service loop 37 of the sheath 18. The adjustment screw 44 also divides the sheath extension 35,36 into a compressive segment 35 distal to the screw 44, and a tensile segment 36 proximal to the screw 44. The purpose of this division will become apparent later.

The sheath extension 35,36 and the enclosed tendon wire 5 exit the proximal side of the adjustment screw 44 and pass around a pulley 38, to a point where they are both firmly connected, preferably swaged or crimped, to a swivel connector 39. In this connector 39, the proximal end of the tightly wound coil spring of the sheath extension 36 and the proximal end of the tendon wire 5 are joined together. The swivel connector 39 is fastened to a lever arm 41 and allowed to swivel about the connection point. The lever arm 41, an axle 42, and an activation lever 23 make up the deflection lever mechanism.

Movement of the activation lever 23 in one direction rotates the axle 42, which in turn moves the lever arm 41 to pull on the tendon wire 5 and the sheath extension 36. Movement of the lever arm 41 in this direction imparts a proximally directed displacement to both the tendon wire 5 and the proximal portion of the sheath extension 35. This proximal displacement is transmitted down the tendon wire 5 to the distal end of the distal flexible segment of the catheter 16. The initial portion of the proximal displacement works to compress the tightly wound coil of the sheath 18. The sheath 18 stiffens and prevents any further proximal displacement, and prevents compressive force from being transmitted to the catheter shaft 63, thereby allowing all remaining displacement to be used to effect a bending of the distal bendable segment of the catheter 18. During activation of tip deflection, the sheath 18 and the sheath extension 35 extending from the shaft union 15 in the catheter 16 to the adjustment screw 44 in the handle 20 are under compression. The sheath extension 36 extending from the proximal side of the adjustment screw 44 to the lever arm 41 is under tension.

US 6,572,610 B2

9

Release of the activation lever 23 will cause the portion of the sheath extension 36 which is extending from the proximal side of the adjustment screw 44 to recoil and bring the lever mechanism back to its initial position. This forces the tendon wire 5 toward the catheter tip 1, and along with the assistance of the spine wire 4 and the elastic properties of the distal jacket tube 14, this results in a straightening of the distal deflection segment of the catheter 16. During activation of the deflection mechanism, the service loop 37 in the sheath 18 inside the handle 20 allows the catheter 16 to be bent without affecting tip deflection.

A locking or braking mechanism is employed on the deflection lever mechanism to allow the user to set a desired level of tension in the articulation mechanism to restrain the recoil action of the sheath extension 36, and this level of tension will then be held throughout the articulation of the tip. Also, by tightening the brake knob 24, the tension level can even be set high enough to lock the movement of the articulation mechanism to hold deflection of the distal portion of the catheter 16 in any desired position from 0 to 270 degrees. Tightening of the brake knob 24 imparts an axial force to the tension shaft 64 by means of a metal threaded insert (not shown) that is pressed into the brake knob 24. The two tabs of the tension shaft 64 in turn apply compression to drag washers (not shown). Reactive force generated by the drag washers forces the lever shaft 42 against the side of the handle 20, resisting rotation of the lever shaft 42.

Extending proximally from the handle 20 is a larger flexible tube 25, the flex line, which houses the proximal portion of the catheter shaft 63, the high pressure fluid line 29, and the gauge line 22, as shown in FIGS. 2 and 6. In the preferred embodiment, the flex line 25 is a corrugated tube constructed from a polymer such as polyethylene. The distal end of the flex line 25 is connected to the handle 20, and its proximal end is connected to a gas line connector 27. Running essentially parallel within the flex line 25 are the high pressure fluid line 29, the gauge line 22, and a continuation of the catheter shaft 63, which is the low pressure fluid line 47. The gauge line 22 exits the flex line 25 just distal to the gas line connector 27 and terminates in a standard luer fitting 30.

As shown in FIGS. 3, 4, and 5, the high pressure fluid line 29 and the low pressure fluid line 47 enter into and pass through the gas line connector 27, with the low pressure line 47 terminating at the distal portion of a dual gas line fitting 28, and with the high pressure fluid line 29 passing all the way through the dual gas line fitting 28. The tubes of the low and high pressure fluid lines 47,29 are potted to the gas line connector 27 to prevent fluid leakage. Where the low pressure fluid line 47 terminates, there are orifices 51 for the passage of fluid into a mating receptacle (not shown). Just distal to these low pressure orifices 51 is a quad o-ring 49 which prevents low pressure fluid leakage when the dual gas line fitting 28 is inserted into a mating receptacle (not shown). The high pressure fluid line 29 passes through the cavity of the gas line connector 27 and through the dual gas line fitting 28. At the proximal extremity is a check valve actuator 53 which is actually a proximal extension of the high pressure fluid line 29. High pressure orifices 52 are provided in the proximal extension of the high pressure fluid line 29, to allow for the passage of high pressure fluid into the high pressure fluid line 29. A second quad o-ring 50 is located about the dual gas line fitting 28 just distal to the high pressure orifices 52, to prevent leakage of high pressure fluid when the dual gas line fitting 28 is inserted into the mating receptacle (not shown).

The dual gas line fitting 28 has a mating and locking means 48 which allows the dual gas line fitting 28 to be securely connected to the mating receptacle (not shown).

10

The check valve actuator 53 located most proximally on the dual gas line fitting 28 acts to open a check valve in the precooler assembly (not shown) when the dual gas line fitting 28 is connected to the mating receptacle (not shown). Conversely, disconnecting the dual gas line fitting 28 from the mating receptacle (not shown) breaks contact between the check valve actuator 53 and the check valve (not shown), thus closing the check valve, minimizing gas escape from, or pressure change within, the cryo refrigerant system.

While the particular invention as herein shown and disclosed in detail is fully capable of obtaining the objects and providing the advantages hereinbefore stated, it is to be understood that this disclosure is merely illustrative of the presently preferred embodiments of the invention and that no limitations are intended other than as described in the appended claims.

We claim:

1. A cryosurgical apparatus, comprising:

a cryosurgical refrigeration unit;

a control handle connected in fluid flow communication with said refrigeration unit;

a torque transmitting flexible tubular catheter connected in fluid flow communication with said control handle, said control handle being adapted to impart axial torque to rotate said catheter;

a deflectable tubular segment at a distal end of said catheter, said deflectable segment having a higher degree of flexibility than said catheter;

a spine element within said deflectable segment, said spine element being constructed to define a preferred plane of deflection;

a heat transfer element on a distal end of said deflectable segment;

a refrigerant supply conduit within said catheter, said supply conduit being adapted to supply refrigerant from said refrigeration unit to said heat transfer element;

a tip deflection mechanism in said control handle;

a pull wire connecting said tip deflection mechanism to said heat transfer element, said tip deflection mechanism being adapted to impart tension to said pull wire to establish curvature of said deflectable segment of said catheter; and

a flexible multi-lumen core tube within said deflectable segment of said catheter, said core tube being more flexible near its distal end than near its proximal end;

wherein said core tube has a plurality of longitudinal lumens configured to cause said core tube to flex more easily in a direction within said defined plane of deflection than in a direction not within said defined plane of deflection;

wherein said plurality of lumens are geometrically shaped and positioned to give said core tube a mass moment of inertia lower in said defined plane of deflection than in the direction perpendicular to said defined plane of deflection.

2. A cryosurgical apparatus, comprising:

a cryosurgical refrigeration unit;

a control handle connected in fluid flow communication with said refrigeration unit;

a torque transmitting flexible tubular catheter connected in fluid flow communication with said control handle, said control handle being adapted to impart axial torque to rotate said catheter;

a deflectable tubular segment at a distal end of said catheter, said deflectable segment having a higher degree of flexibility than said catheter;

a spine element within said deflectable segment, said spine element being constructed to define a preferred plane of deflection;

US 6,572,610 B2

11

a heat transfer element on a distal end of said deflectable segment;

a refrigerant supply conduit within said catheter, said supply conduit being adapted to supply refrigerant from said refrigeration unit to said heat transfer element;

a tip deflection mechanism in said control handle;

a pull wire connecting said tip deflection mechanism to said heat transfer element, said tip deflection mechanism being adapted to impart tension to said pull wire to establish curvature of said deflectable segment of said catheter; and

a flexible spring tube within said deflectable segment of said catheter, said spring tube being more flexible near its distal end than near its proximal end;

wherein said spring tube is configured to cause said spring tube to flex more easily in a direction within said defined plane of deflection than in a direction not within said defined plane of deflection;

wherein said spring tube comprises a flat wire having a rectangular cross section, with the smaller of its rectangular dimensions directed radially from the axis of said spring tube, and with the greater of its rectangular dimensions directed substantially axially along said spring tube;

wherein the pitch between coils of said spring tube is greater near the distal end of said spring tube than near its proximal end, thereby causing said spring tube to be more flexible near its distal end than near its proximal end.

3. A cryosurgical apparatus, comprising:

a cryosurgical refrigeration unit;

a control handle connected in fluid flow communication with said refrigeration unit;

a torque transmitting flexible tubular catheter connected in fluid flow communication with said control handle, said control handle being adapted to impart axial torque to rotate said catheter;

a deflectable tubular segment at a distal end of said catheter, said deflectable segment having a higher degree of flexibility than said catheter;

a spine element within said deflectable segment, said spine element being constructed to define a preferred plane of deflection;

a heat transfer element on a distal end of said deflectable segment;

a refrigerant supply conduit within said catheter, said supply conduit being adapted to supply refrigerant from said refrigeration unit to said heat transfer element;

a tip deflection mechanism in said control handle; and

a pull wire connecting said tip deflection mechanism to said heat transfer element, said tip deflection mechanism being adapted to impart tension to said pull wire to establish curvature of said deflectable segment of said catheter;

wherein said tip deflection mechanism in said control handle comprises:

an axle pivotably mounted to said control handle;

a lever arm within said control handle, said lever arm being fixedly mounted to said axle, said lever arm being attached to said pull wire; and

an activation lever mounted on said control handle, said activation lever being fixedly mounted to said axle;

wherein said activation lever is adapted to rotate said axle, which in turn is adapted to rotate said lever arm to pull on said pull wire to impart a proximally directed displacement to said pull wire, thereby establishing said curvature of said deflectable segment of said catheter.

12

4. A cryosurgical apparatus, comprising:

a cryosurgical refrigeration unit;

a control handle connected in fluid flow communication with said refrigeration unit;

a torque transmitting flexible tubular catheter connected in fluid flow communication with said control handle, said control handle being adapted to impart axial torque to rotate said catheter;

a deflectable tubular segment at a distal end of said catheter, said deflectable segment having a higher degree of flexibility than said catheter;

a spine element within said deflectable segment, said spine element being constructed to define a preferred plane of deflection;

a heat transfer element on a distal end of said deflectable segment;

a refrigerant supply conduit within said catheter, said supply conduit being adapted to supply refrigerant from said refrigeration unit to said heat transfer element;

a tip deflection mechanism in said control handle;

a pull wire connecting said tip deflection mechanism to said heat transfer element, said tip deflection mechanism being adapted to impart tension to said pull wire to establish curvature of said deflectable segment of said catheter; and

an adjustable braking mechanism on said deflection mechanism, said braking mechanism being adapted to selectively restrain axial displacement of said pull wire during deflection of said deflectable segment of said catheter while maintaining a set tension when said deflection mechanism is moved over the range of motion.

5. A cryosurgical apparatus, comprising:

a cryosurgical refrigeration unit;

a control handle connected in fluid flow communication with said refrigeration unit;

a torque transmitting flexible tubular catheter connected in fluid flow communication with said control handle, said control handle being adapted to impart axial torque to rotate said catheter;

a deflectable tubular segment at a distal end of said catheter, said deflectable segment having a higher degree of flexibility than said catheter;

a spine element within said deflectable segment, said spine element being constructed to define a preferred plane of deflection;

a heat transfer element on a distal end of said deflectable segment;

a refrigerant supply conduit within said catheter, said supply conduit being adapted to supply refrigerant from said refrigeration unit to said heat transfer element;

a tip deflection mechanism in said control handle;

a pull wire connecting said tip deflection mechanism to said heat transfer element, said tip deflection mechanism being adapted to impart tension to said pull wire to establish curvature of said deflectable segment of said catheter; and

a sensor located near said distal end of said catheter.

6. The apparatus recited in claim 5, wherein said sensor comprises a thermocouple.

7. The apparatus recited in claim 5, wherein said sensor comprises an ECG sensor.

8. The apparatus recited in claim 5, wherein said spine element comprises at least two stacked flat wires arranged to make said deflectable segment more flexible near its distal end than its proximal end.

* * * * *

# EXHIBIT B

US 20030040740A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2003/0040740 A1
Kovalcheck et al.                          (43) Pub. Date:        Feb. 27, 2003

(54) **CRYOGENIC CATHETER WITH DEFLECTABLE TIP**

(76) Inventors: **Steven W. Kovalcheck**, San Diego, CA
(US); **John Frederick Hayfield**, San
Diego, CA (US)

Correspondence Address:
**GERALD W SPINKS**
**P. O. BOX 2330**
**PORT ORCHARD, WA 98366 (US)**

(21) Appl. No.:    **09/935,296**

(22) Filed:       **Aug. 21, 2001**

**Publication Classification**

(51) Int. Cl.$^7$ ..................................................... A61B 18/02

(52) U.S. Cl. .................................................... 606/21

(57)              **ABSTRACT**

A flexible cryosurgical catheter having a deflectable segment
adjacent its distal end, a pull wire through said catheter
connected to the deflectable segment, and a deflection
mechanism in its handle for pulling on the pull wire to
establish a desired curvature in the deflectable segment.



Case 1:08-cv-00031-GMS    Document 9-2    Filed 02/26/2008    Page 16 of 51



FIG. 1



Patent Application Publication    Feb. 27, 2003   Sheet 3 of 5        US 2003/0040740 A1



Patent Application Publication    Feb. 27, 2003   Sheet 4 of 5        US 2003/0040740 A1



FIG. 18

FIG. 17

FIG. 19

FIG. 20



*FIG. 21*

## CRYOGENIC CATHETER WITH DEFLECTABLE TIP

### CROSS REFERENCE TO RELATED APPLICATIONS

[0001]  Not Applicable

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

[0002]  Not Applicable

### BACKGROUND OF THE INVENTION

[0003]  1. Field of the Invention

[0004]  The present invention is in the field of cryosurgical catheters.

[0005]  2. Background Art

[0006]  In the treatment of various medical conditions, it is sometimes beneficial to apply an extremely cold temperature at one or more selected, isolated locations in or near a selected organ in the patient's body. As an example, it can be beneficial in the treatment of cardiac arrhythmia to apply cryosurgical temperatures at selected locations in the patient's heart, to create localized areas of necrotic tissue. Similarly, it can be beneficial to apply extremely cold temperatures at selected locations in other organs, or in a vascular system of the patient. The application of extremely cold temperatures can be achieved by inserting a flexible cryosurgical catheter through a vascular system to the desired location. The flexible catheter can have a heat transfer element at or near its distal end. The heat transfer element can be cooled to a cryosurgical temperature and placed in contact with a selected area of biological tissue.

[0007]  It would be desirable to facilitate the application of cold temperatures by devising an apparatus with the ability to flex the tip of the cryosurgical catheter in a desired direction, to assist in guiding the catheter through a tortuous path to the selected location in or near a selected organ, or in a vascular system.

### BRIEF SUMMARY OF THE INVENTION

[0008]  According to certain embodiments of the invention, a surgical device is provided for applying cold temperatures at locations within the human body, via minimally invasive techniques. More specifically, the device may comprise a deflectable catheter, passable through the larger blood vessels and cavities of the heart, having a distal tip which can be deflected by remotely located means. The apparatus has conduits for the delivery and removal of refrigerant fluids within the catheter, and conductors for the monitoring of temperature and electrical impulse. A proximally located handle has a mechanism for activating the deflection of a distal catheter tip in a single plane. In certain embodiments, a flexible multiple conduit tubular vessel attached to the handle terminates in a dual channel quick connect plug for interfacing the catheter with a cryogenic fluid supply unit.

[0009]  The catheter may have a torque transmitting tubular member extending from the handle to a distally located flexible tubular segment which, in turn, terminates in a high thermal conductivity tip. A deflection mechanism in the handle may manipulate the curvature of the distal flexible tubular segment of the catheter, and a braking or locking mechanism in the handle may be used to maintain a set curvature of the tip, with the tip deflection being in a predefined plane. A portion of the deflection mechanism in the handle insures that the axial tension imposed to effect deflection of the catheter tip is not transferred to the catheter shaft, thereby preventing transmission of force to the shaft. A mechanism is also incorporated into the handle to aid in the straightening of the distal tip section of the catheter, once deflection is released. A tensioning mechanism maintains a user adjustable, relatively constant tip deflection force throughout the range of motion.

[0010]  Another feature that may be provided in the catheter is a device for monitoring interior catheter pressure near the catheter tip region. The conduits for refrigerant fluid delivery and removal, and the conduit for pressure monitoring, are separated from the deflection mechanism in the handle, thereby relieving the need to hermetically seal the handle.

[0011]  The novel features of this invention, as well as the invention itself, will be best understood from the attached drawings, taken along with the following description, in which similar reference characters refer to similar parts, and in which:

### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

[0012]  FIG. 1 is a perspective view of the apparatus according to an embodiment of the present invention;

[0013]  FIG. 2 is a partial longitudinal section view of the apparatus shown in FIG. 1;

[0014]  FIG. 3 is an elevation view of the proximal end of the apparatus shown in FIG. 2;

[0015]  FIG. 4 is an elevation view of a portion of the apparatus shown in FIG. 2;

[0016]  FIG. 5 is a longitudinal section view of the portion of the apparatus shown in FIG. 4;

[0017]  FIGS. 6 and 7 are transverse section views of the apparatus shown in FIG. 2;

[0018]  FIG. 8 is an elevation view of the distal portion of the apparatus shown in FIG. 1;

[0019]  FIGS. 9 through 15 are transverse section views of the apparatus shown in FIG. 8;

[0020]  FIG. 16 is a longitudinal section view of the portion of the apparatus shown in FIG. 8;

[0021]  FIG. 17 is a longitudinal section view of the distal end of the portion of the apparatus shown in FIG. 16;

[0022]  FIG. 18 is a longitudinal section view of an intermediate part of the portion of the apparatus shown in FIG. 16;

[0023]  FIGS. 19 and 20 are longitudinal section views of an alternate embodiment of the distal portion of the apparatus shown in FIG. 1; and

[0024]  FIG. 21 is a partially exploded view of the apparatus of FIG. 1.

## DETAILED DESCRIPTION OF THE INVENTION

[0025] As shown in FIG. 1, the apparatus 100 includes a flexible catheter 16 attached to a handle 20, which is attached by a flexible tube 25 to a cryogenic fluid unit (not shown). As seen in FIGS. 16, 17, and 18, a spring wire 4 and a pull wire 5 are incorporated into the catheter 16, to facilitate a controlled deflection of the distal portion of the catheter 16.

[0026] As shown in FIGS. 8, 16, 17, and 18, the distal tip 1 of the catheter 16 is a closed end hollow tube which can be machined, formed, cast or molded from a highly conductive metal, preferably copper. The copper can be gold plated to insure biocompatibility. Proximal to the catheter tip 1, there can be a tip union 3 formed from a weldable metal, preferably stainless steel. The tip union 3 and the catheter tip 1 can be attached and hermetically sealed together by soldering or brazing. The tip union 3 can in turn be attached to a particularly flexible segment at the distal end of the catheter 16.

[0027] Within the chamber 2 of the catheter tip 1, a plurality of electrical conductors $7a,7b,7c,7d$ can be attached, for the transmission of electrical signals. The electrical conductors $7a,7b,7c,7d$ can be seen best in FIGS. 7 and 9 through 13. Two of the attached conductors can form a thermocouple, preferably a T type with one wire material being copper and the second being thermocouple grade constantan. A third conductor, preferably formed of nickel, can be attached to the interior of the catheter tip 1, for monitoring of electro-physiological signals. The electrical conductors can be coated with an insulating material, such as polyimide. A capillary tube 6 can terminate, at a distal end, in the chamber 2 of the catheter tip 1. The capillary tube 6 preferably has inner and outer diameters of 0.010 inches and 0.016 inches, respectively. The distal orifice of the capillary tube 6 can be located approximately 0.05 to 0.07 inches proximal to the distal end of the catheter tip 1. The capillary tube 6 is the distal extension of a high-pressure refrigerant fluid line 29 which extends proximally through the catheter 16, the handle 20, and the flexible tubular connection 25 to the cryogenic unit. The distal portion of the capillary tube 6 and its distal orifice comprise a Joule Thomson expansion element.

[0028] Welded to the interior surface of the tubular tip union 3 are two metal components, a spring wire component 4 and a pull wire component 5, both preferably stainless steel, which are located diametrically opposed to each other. The spring wire component 4 is composed of multiple flat wires, each of which is essentially rectangular in cross section, with each rectangular wire having one cross-sectional dimension significantly greater than the cross-sectional dimension perpendicular thereto. This spring wire component 4 extends proximally from the tip union 3 through, and just proximal to, the flexible segment of the catheter 16.

[0029] The flat wires are stacked and attached to each other in such a way that the spring wire component 4 to essentially form a leaf spring. More specifically, the spring wire component 4 consists of a base flat wire with a length slightly longer than the length of the distal flexible segment of the catheter 16. Near the proximal end of this base flat wire are stacked additional flat wires of progressively shorter lengths, with

each having a proximal end terminating preferably a short distance distal to the proximal end of the base wire. In the preferred embodiment, there are at least three of these additional flat wires, with at least some of these having progressively shorter lengths than the base flat wire. All of the stacked flat wires preferably have similar rectangular cross-sectional dimensions.

[0030] The distal end of the base wire of the spring wire component 4 is firmly bonded or welded to the tip union 3 distal to the flexible catheter segment, and the proximal end of the base wire is firmly bonded or welded to a shaft union 15 proximal to the flexible catheter segment. The essentially rectangular leaf spring 4 functions as a spine through the flexible segment of the catheter 16, with the smaller cross-sectional dimension of the spine 4 defining a direction in which deflection of the flexible segment of the catheter 16 will occur. The spine 4 also resists deflection of the flexible catheter segment in a direction perpendicular to the defined direction of deflection.

[0031] The second metal component attached to the tip union 3 is a pull or tendon wire component 5 which, when axially tensioned, imposes a bending moment on the flexible segment of the catheter 16, with a resulting deflection in the direction defined by the spine component 4. The tendon wire 5 extends proximally from the tip union 3 to a deflection mechanism in the handle 20.

[0032] Located proximally from the catheter tip 1 is a multi-lumen core tube 9, which extends proximally, from a point approximately two catheter diameters proximal to the catheter tip 1, through the flexible segment of the catheter 16. The core tube 9 can be extruded from a polymer material having a balance between its structural properties and its elastomeric properties. A preferred material for the core tube extrusion 9 is Pebax. The core tube 9 may consist of a continuous segment, or several axially arranged segments of Pebax. For a continuous core tube 9, the hardness and the elastic modulus are constant throughout its length. For the multiple segment embodiment, each segment of core tube 9 can have a hardness and an elastic modulus less than the hardness and elastic modulus of the adjacent segment, progressing proximally to distally. This results in a core tube 9 which is softer and more flexible near its distal end than near its proximal end.

[0033] As shown in FIG. 14, the core tube 9 has multiple lumens, which can be geometrically shaped and positioned to give the flexible segment of the catheter 16 a mass moment of inertia lower in the defined direction of deflection than in the direction perpendicular to the direction of deflection. The preferred embodiment of the core tube 9 contains five lumens $10a,10b,10c,10d,10e$. The core tube 9 has a central lumen $10d$ for passage of the tendon wire 5, and a rectangular lumen $10e$ positioned outwardly from the central lumen $10d$. The rectangular lumen $10e$ is for passage of the spine wire 4. Diametrically opposite the rectangular lumen $10e$, on the other side of the central lumen $10d$, is located a half-annular shaped lumen $10a$, through which the capillary tube 6 passes. This half-annular lumen $10a$ also provides a return path for low pressure refrigerant gas. Two additional lumens $10b,10c$ located outwardly from the central lumen $10d$ carry the aforementioned electrical conductors $7a,7b,7c,7d$.

[0034] Located at the distal and proximal ends of the core tube 9 are two rigid multi-lumen coupler elements 8,11,

preferably fabricated from a metal such as stainless steel. As shown in **FIGS. 17 and 18**, each coupler **8,11** is a multi-lumen tubular structure with an outer diameter equivalent in size to the outer diameter of the core tube **9**. The preferred embodiment of the coupler **8,11** is a tubular structure with at least three lumens **12a,12b,12c**, as shown in **FIG. 15**. These are a center circular lumen **12c**, an essentially oval lumen **12b** located outwardly from the center lumen **12c**, and a partial annular lumen **12a** that essentially encircles about ¾ of the circumference of the center lumen **12c**. In the catheter assembly, the center lumen **12c** of each coupler **8,11**, through which the tendon wire **5** passes, axially aligns with the center lumen **10d** of the core tube **9**. The oval lumen **12b** of each coupler **8,11**, through which the spine wire **4** passes, aligns axially with the rectangular lumen **10e** of the core tube **9**.

[0035]   The distal coupler **8** is encased in the tip union **3**, and the proximal coupler **11** is encased or captured in the shaft union **15**, which is also a stainless steel tube. In the preferred embodiment, the shaft union **15** is thin-walled, preferably having a wall thickness less than about 0.003 inch, and it has a length at least five times longer than the proximal coupler **11**. The proximal coupler **11** is rigidly held within the shaft union **15** by mechanical means, such as a swage or bezel, or by soldering means, brazing means, welding means, or a combination of the cited means.

[0036]   In another embodiment shown in **FIGS. 19 and 20**, instead of the core tube **9**, a tubular compression spring **62** extends proximally through the flexible segment of the catheter **16**. The tubular spring **62** is located proximally from the tip union **3** and firmly attached thereto, by being bonded, welded, soldered, or brazed. The tubular spring **62** is composed of a flat wire having a rectangular cross section, with the smaller of the rectangular dimensions directed radially from the center of the tubular shape, and with the greater of the rectangular dimensions directed substantially axially along the tubular shape. The pitch between coils of the tubular spring **62** is designed to enable bending of the tubular spring **62** perpendicular to the axis of the catheter **16**. The pitch may be fixed or variable. In the preferred embodiment, the proximal portion of the tubular spring **62** has a smaller gap between coils than the distal portion of the tubular spring **62**, causing the tubular spring **62** to be more flexible near its distal end. The tubular spring embodiment also has a multi-lumen proximal coupler **11** and a shaft union **15**.

[0037]   Inserted into, and rigidly fixed to, the center lumen **12c** of the proximal coupler **11** is a sheath union **17**. The sheath union **17** is a single lumen formed metal tube. In the preferred embodiment, the sheath union **17** is firmly held to the proximal coupler **11** by mechanical means, or by being soldered, brazed or welded to the center lumen **12c** of the proximal coupler **11**. Inserted into, and rigidly fixed to, the center lumen **12c** of the distal coupler **8** is a distal coupler union **19**. The distal coupler union **19** is a single lumen formed metal tube with a flared distal end. In the preferred embodiment, the distal coupler union **19** is firmly held to the distal coupler **8** by mechanical means, or by being soldered, brazed, or welded to the center lumen **12c** of the distal coupler **8**.

[0038]   The pull or tendon wire **5** passes from the tip union **3** through the distal coupler union **19**, then through the

center lumen **10d** of the core tube **9** or through the spring tube **62**, then into and through the sheath union **17**. The essentially rectangular spine **4** passes through the oval lumens **12b** of the couplers **8,11** and into the catheter shaft union **15**. The spine **4** may be firmly attached to the shaft union **15** by welding means. The sensor wires **7a,7b,7c,7d** passing through the core tube **9** or the spring tube **62** freely pass unobstructed through the partial annular lumens **12a** of the couplers **8,11**. Also passing through the partial annular lumens **12a** of the couplers **8,11** is the capillary tube **6** on the distal end of the high pressure fluid line **29**. The portions of the lumens **12a,12b,12c** of the couplers **8,11** not taken up by wires and tubes make up the low pressure refrigerant gas return.

[0039]   A flexible jacket **14** covers all of the catheter elements from the shaft union **15** to the tip union **3**, encasing the core tube **9** or the spring tube **62**, and all other internal elements. The flexible jacket **14** is a tube extruded from an elastomeric polymer with a hardness and modulus of elasticity less than or equal to the material of the core tube **9**. The jacket **14** has sufficient wall thickness to maintain circularity without buckling, during the bending of the jacket **14** around a one inch radius, through a 180 degree angle. In the preferred embodiment, the jacket **14** has a length of about 5 centimeters, a diameter of about 0.130 inch and wall thickness of about 0.020 inch. The flexible tubular jacket **14** can be firmly attached to the distal portion of the outer diameter of the shaft union **15** and to the proximal portion of the outer diameter of the tip union **3**, by a combination of adhesive bonding and thermal fusion. The jacket tube **14** can also be thermally fused to the core tube **9** or the spring tube **62**. In the embodiment using the spring tube **62**, the spring tube **62** can impart additional hoop strength to the jacket tube **14**, thereby preventing buckling during bending. The adhesive bonding and thermal fusing of the jacket tube **14** to the tip union **3** and the shaft union **15** creates a hermetically sealed cavity extending from the catheter tip **1** to the shaft union **15**.

[0040]   Two millimeters proximal to the catheter tip **1**, a sensor band **13**, preferably formed from platinum, is swaged, fitted or bonded around the flexible jacket tube **14**. Conductively attached to the platinum sensor band **13** is a nickel wire, which is passed through the wall of the jacket tube **14**, and either into and through one of the conductor lumens **10b,10c** of the core tube **9** or between the inner diameter of the jacket tube **14** and the outer diameter of the spring tube **62**, passing proximally past the shaft union **15**. The sensor band **13** and the nickel wire comprise a means for sensing ECG electrical impulses.

[0041]   A tightly wound wire coil sheath **18** encases the pull or tendon wire **5**. The sheath **18** terminates on its distal end within the proximal portion of the sheath union **17** and is attached thereto. The sheath **18** extends proximally through the catheter **16** into the handle **20**. The sheath **18** preferably has an outer diameter of about 0.021 inch, and is fabricated of tightly wound 0.003 inch diameter wire. During deflection of the tip, axial displacement and tensile force are imposed upon the pull or tendon wire **5**. The sheath **18** prevents axial compression of the catheter body **16**. While preventing axial compression of the catheter body **16**, the coils of the sheath **18** pack together, and the sheath **18** behaves as an incompressible body, thereby allowing efficient transmission of tensile force and axial displacement to

4

the flexible portion of the catheter 16, which results in the deflection of the flexible portion of the catheter 16.

[0042]  Connected, bonded and thermally fused to the shaft union 15 and the flexible jacket tube 14 is the main catheter shaft 63. The catheter shaft 63 is a tubular element with an outer diameter comparable in size to the outer diameter of the flexible jacket 14, and with an inner diameter comparable to the outer diameter of the shaft union 15. The catheter shaft 63 is a composite structure designed to transmit torque to the catheter tip 1 and the flexible portion of the catheter 16 during manipulation of the catheter 16.

[0043]  In one embodiment, the catheter shaft 63 includes a relatively stiff thin walled inner tube of thermoplastic, such as polyimide. A stainless steel wire braid is placed over the polyimide tube, and a more flexible polymer covers the wire braid. In this embodiment, the inner polyimide tube has a thickness of about 0.0015 to about 0.002 inch, the braid is woven from 0.001 inch wire, and the braid is a flexible polymer such as Pebax. The flexible outer layer thickness is significantly greater than the inner polyimide tube, preferably about 0.010 to about 0.015 inch. The catheter shaft 63 terminates on its distal end at the shaft union 15 and the flexible segment of the catheter 16. The catheter shaft 63 extends proximally through the handle 20, terminating proximal to the handle 20.

[0044]  In another embodiment, the catheter shaft 63 is comprised of a thermoplastic extrusion with an embedded stainless steel braid. The hardness and elastic properties of the extrusion, and the pitch and number of wires in the braid are chosen to give the desired torque transfer properties of the catheter shaft 63, as is well known in the art.

[0045]  The sensor conductors 7a,7b,7c,7d, the sheath-encased pull wire 5, and the capillary tube 6 exit the proximal coupler 11, enter into and pass through the catheter shaft 63, and exit the catheter shaft 63 within the interior of the handle 20. An additional small diameter tube, the gauge tube 22, is contained within the catheter shaft 63 for monitoring of the return fluid pressure. The gauge tube 22 has a preferable outer diameter of about 0.029 inches and inner diameter of about 0.024 inches. The gauge tube 22 terminates on its distal end adjacent to the proximal coupler 11 and extends proximally through the catheter shaft 63, exiting the catheter shaft 63 within the interior of the handle 20.

[0046]  As shown in FIG. 7, a sheath tube 34 is employed about the sheath 18. The sheath tube 34 has a preferable inner diameter of about 0.024 inch, thereby allowing free movement of the sheath 18 within the sheath tube 34. During catheter usage, the pressure at the distal end of the sheath tube 34 is below atmospheric. The sheath tube 34 terminates proximally within the interior of the handle 20, where pressure is essentially atmospheric. The length and dimensions of the sheath tube 34 are designed to provide a high resistance to fluid movement between the interior of the catheter 16 and the interior of the handle 20. With the sheath 18 and the tendon 5 passing through the sheath tube 34, the available space for fluid movement between the sheath tube 34 and the sheath 18, and between the sheath 18 and the tendon 5, is minimal. Utilization of a sheath tube 34 thusly configured allows the sheath 18 and the tendon 5 components of the deflection apparatus to exit the fluid filled interior of the catheter 16 with no subsequent leakage of fluid, thereby eliminating the need to hermetically seal the handle 20.

[0047]  The high pressure capillary tube 6 extends from the catheter tip 1 to a point about 10 inches proximal to the catheter tip 1, where it transitions into a larger high pressure tube 29. The transition site is hermetically sealed and can withstand pressures in excess of 1000 psi, without compromise. The high pressure tube 29 then extends proximally through the catheter shaft 63 and exits the catheter shaft 63 within the interior of the handle 20.

[0048]  As shown in FIG. 2, the handle 20 incorporates a means for securing the catheter shaft 63, the articulation mechanism, an electrical connector or receptacle 31, and a pathway for the catheter shaft 63, the high pressure tube 29, and the gauge tube 22 to pass through. As the catheter shaft 63 enters the handle 20, it is firmly captured and bonded into the catheter support 33. The catheter support 33 is a hollow tubular structure with features on its proximal end that allow for securing to slots within the handle 20.

[0049]  The catheter shaft 63 enters the handle 20 on the distal end of the handle 20, passes through the handle 20, and exits the handle 20 through an exit port on the proximal end of the handle 20. Four exit site holes are made in the wall of the catheter shaft 63 within the handle 20. The exit site holes are drilled or cut preferably at an angle of about 10 to 15 degrees off the axis of the catheter shaft 63, thereby allowing tubes within the catheter shaft lumen to exit without deformation or buckling. One exit site hole (not shown) is provided to allow the high pressure tube 29 to exit the catheter shaft 63. Another exit site hole (not shown) is provided to allow the gauge tube 22 to exit the catheter shaft 63. A third exit site hole 46 is provided to allow the sensor wires 7a,7b,7c,7d to exit the catheter shaft 63. A fourth exit site hole is provided to allow the sheath tube 34, the sheath 18 and the tendon wire 5 to exit the catheter shaft 63.

[0050]  In the preferred embodiment, the high pressure tube 29 exits the catheter shaft 63 within the handle 20 at the most proximal location, extends essentially parallel to the catheter shaft 63, and exits the handle 20 through the exit port on the proximal end of the handle 20. A hermetic seal is placed about the juncture where the high pressure tube 29 exits the catheter shaft 63. Just distal to the high pressure tube exit site hole, is the gauge tube exit site hole. In the preferred embodiment, the gauge tube 22 exits the catheter shaft 63 within the handle 20, extends essentially parallel to the catheter shaft 63, and exits the handle 20 through the exit port on the proximal end of the handle 20. A hermetic seal is placed about the juncture where the gauge tube 22 exits the catheter shaft 63. At a site slightly distal to the gauge tube exit site hole, the sensor wires 7a,7b,7c,7d exit the shaft 63, pass across the handle 20 and are conductively connected, soldered, or crimped to an electrical receptacle 31. Hermetic seals are placed about the connection of the wires to the receptacle 31 and about the wire exit site hole 46 on the shaft 63.

[0051]  At a site just proximal to the point where the catheter shaft 63 enters the handle 20, the sheath tube 34, the sheath 18 and the tendon wire 5 exit the catheter shaft 63. A hermetic seal is place about the sheath tube 34 exiting the catheter shaft 63. The tightly wound coil spring which makes up the sheath 18 exits the sheath tube 34, is looped slightly, and then transitions into a larger tightly wound coil spring, the sheath extension 35,36. The loop 37 in the sheath 18 as it exits the catheter shaft 63 is a service loop which

allows the sheath 18 to move independently of the catheter shaft 63, thereby preventing the imposition of tensile or compressive forces on the catheter shaft 63.

[0052] The sheath extension 35,36 passes through, and is firmly bonded, welded, soldered, or brazed to an adjustment screw 44 with an attached adjustment nut 45. The adjustment screw 44 and nut 45 are securely positioned within the handle 20. Rotation of the adjustment nut 45 on the screw 44 moves the screw 44 and the attached sheath extension 35,36 distally or proximally, depending on the direction of rotation of the nut 45. Use of the adjustment screw 44 and nut 45 allows for fine adjustment of the service loop 37 of the sheath 18. The adjustment screw 44 also divides the sheath extension 35,36 into a compressive segment 35 distal to the screw 44, and a tensile segment 36 proximal to the screw 44. The purpose of this division will become apparent later.

[0053] The sheath extension 35,36 and the enclosed tendon wire 5 exit the proximal side of the adjustment screw 44 and pass around a pulley 38, to a point where they are both firmly connected, preferably swaged or crimped, to a swivel connector 39. In this connector 39, the proximal end of the tightly wound coil spring of the sheath extension 36 and the proximal end of the tendon wire 5 are joined together. The swivel connector 39 is fastened to a lever arm 41 and allowed to swivel about the connection point. The lever arm 41, an axle 42, and an activation lever 23 make up the deflection lever mechanism.

[0054] Movement of the activation lever 23 in one direction rotates the axle 42, which in turn moves the lever arm 41 to pull on the tendon wire 5 and the sheath extension 36. Movement of the lever arm 41 in this direction causes a proximally directed displacement to both the tendon wire 5 and the proximal portion of the sheath extension 35. This proximal displacement is transmitted down the tendon wire 5 to the distal end of the distal flexible segment of the catheter 16. The initial portion of the proximal displacement works to compress the tightly wound coil of the sheath 18. The sheath 18 stiffens and prevents any further proximal displacement, and prevents compressive force from being transmitted to the catheter shaft 63, thereby allowing all remaining displacement to be used to effect a bending of the distal bendable segment of the catheter 18. During activation of tip deflection, the sheath 18 and the sheath extension 35 extending from the shaft union 15 in the catheter 16 to the adjustment screw 44 in the handle 20 are under compression. The sheath extension 36 extending from the proximal side of the adjustment screw 44 to the lever arm 41 is under tension.

[0055] Release of the activation lever 23 will cause the portion of the sheath extension 36 which is extending from the proximal side of the adjustment screw 44 to recoil and bring the lever mechanism back to its initial position. This forces the tendon wire 5 toward the catheter tip 1, and along with the assistance of the spine wire 4 and the elastic properties of the distal jacket tube 14, this results in a straightening of the distal deflection segment of the catheter 16. During activation of the deflection mechanism, the service loop 37 in the sheath 18 inside the handle 20 allows the catheter 16 to be bent without affecting tip deflection.

[0056] A locking or braking mechanism is employed on the deflection lever mechanism to allow the user to set a desired level of tension in the articulation mechanism to restrain the recoil action of the sheath extension 36, and this level of tension will then be held throughout the articulation of the tip. Also, by tightening the brake knob 24, the tension level can even be set high enough to lock the movement of the articulation mechanism to hold deflection of the distal portion of the catheter 16 in any desired position from 0 to 270 degrees. Tightening of the brake knob 24 imparts an axial force to the tension shaft 64 by means of a metal threaded insert (not shown) that is pressed into the brake knob 24. The two tabs of the tension shaft 64 in turn apply compression to drag washers (not shown). Reactive force generated by the drag washers forces the lever shaft 42 against the side of the handle 20, resisting rotation of the lever shaft 42.

[0057] Extending proximally from the handle 20 is a larger flexible tube 25, the flex line, which houses the proximal portion of the catheter shaft 63, the high pressure fluid line 29, and the gauge line 22, as shown in FIGS. 2 and 6. In the preferred embodiment, the flex line 25 is a corrugated tube constructed from a polymer such as polyethylene. The distal end of the flex line 25 is connected to the handle 20, and its proximal end is connected to a gas line connector 27. Running essentially parallel within the flex line 25 are the high pressure fluid line 29, the gauge line 22, and a continuation of the catheter shaft 63, which is the low pressure fluid line 47. The gauge line 22 exits the flex line 25 just distal to the gas line connector 27 and terminates in a standard luer fitting 30.

[0058] As shown in FIGS. 3, 4, and 5, the high pressure fluid line 29 and the low pressure fluid line 47 enter into and pass through the gas line connector 27, with the low pressure line 47 terminating at the distal portion of a dual gas line fitting 28, and with the high pressure fluid line 29 passing all the way through the dual gas line fitting 28. The tubes of the low and high pressure fluid lines 47,29 are potted to the gas line connector 27 to prevent fluid leakage. Where the low pressure fluid line 47 terminates, there are orifices 51 for the passage of fluid into a mating receptacle (not shown). Just distal to these low pressure orifices 51 is a quad o-ring 49 which prevents low pressure fluid leakage when the dual gas line fitting 28 is inserted into a mating receptacle (not shown). The high pressure fluid line 29 passes through the cavity of the gas line connector 27 and through the dual gas line fitting 28. At the proximal extremity is a check valve actuator 53 which is actually a proximal extension of the high pressure fluid line 29. High pressure orifices 52 are provided in the proximal extension of the high pressure fluid line 29, to allow for the passage of high pressure fluid into the high pressure fluid line 29. A second quad o-ring 50 is located about the dual gas line fitting 28 just distal to the high pressure orifices 52, to prevent leakage of high pressure fluid when the dual gas line fitting 28 is inserted into the mating receptacle (not shown).

[0059] The dual gas line fitting 28 has a mating and locking means 48 which allows the dual gas line fitting 28 to be securely connected to the mating receptacle (not shown). The check valve actuator 53 located most proximally on the dual gas line fitting 28 acts to open a check valve in the precooler assembly (not shown) when the dual gas line fitting 28 is connected to the mating receptacle (not shown). Conversely, disconnecting the dual gas line fitting 28 from the mating receptacle (not shown) breaks contact between the check valve actuator 53 and the check valve

(not shown), thus closing the check valve, minimizing gas escape from, or pressure change within, the cryo refrigerant system.

[0060]    While the particular invention as herein shown and disclosed in detail is fully capable of obtaining the objects and providing the advantages hereinbefore stated, it is to be understood that this disclosure is merely illustrative of the presently preferred embodiments of the invention and that no limitations are intended other than as described in the appended claims.

We claim:

1. A cryosurgical apparatus, comprising:

a cryosurgical refrigeration unit;

a control handle connected in fluid flow communication with said refrigeration unit;

a torque transmitting flexible tubular catheter connected in fluid flow communication with said control handle, said control handle being adapted to impart axial torque to rotate said catheter;

a deflectable tubular segment at a distal end of said catheter, said deflectable segment having a higher degree of flexibility than said catheter;

a spine element within said deflectable segment, said spine element being constructed to define a preferred plane of deflection;

a heat transfer element on a distal end of said deflectable segment;

a refrigerant supply conduit within said catheter, said supply conduit being adapted to supply refrigerant from said refrigeration unit to said heat transfer element;

a tip deflection mechanism in said control handle; and

a pull wire connecting said tip deflection mechanism to said heat transfer element, said tip deflection mechanism being adapted to impart tension to said pull wire to establish curvature of said deflectable segment of said catheter.

2. The apparatus recited in claim 1, further comprising a flexible multi-lumen core tube within said deflectable segment of said catheter, said core tube being more flexible near its distal end than near its proximal end.

3. The apparatus recited in claim 2, wherein said core tube has a plurality of longitudinal lumens configured to cause said core tube to flex more easily in a direction within said defined plane of deflection than in a direction not within said defined plane of deflection.

4. The apparatus recited in claim 3, wherein said plurality of lumens are geometrically shaped and positioned to give said core tube a mass moment of inertia lower in said defined plane of deflection than in the direction perpendicular to said defined plane of deflection.

5. The apparatus recited in claim 1, further comprising a flexible spring tube within said deflectable segment of said catheter, said spring tube being more flexible near its distal end than near its proximal end.

6. The apparatus recited in claim 5, wherein said spring tube is configured to cause said spring tube to flex more easily in a direction within said defined plane of deflection than in a direction not within said defined plane of deflection.

7. The apparatus recited in claim 6, wherein said spring tube comprises a flat wire having a rectangular cross section, with the smaller of its rectangular dimensions directed radially from the axis of said spring tube, and with the greater of its rectangular dimensions directed substantially axially along said spring tube.

8. The apparatus recited in claim 7, wherein the pitch between coils of said spring tube is greater near the distal end of said spring tube than near its proximal end, thereby causing said spring tube to be more flexible near its distal end than near its proximal end.

9. The apparatus recited in claim 1, wherein said deflection mechanism in said control handle comprises:

an axle pivotably mounted to said control handle;

a lever arm within said control handle, said lever arm being fixedly mounted to said axle, said lever arm being attached to said pull wire; and

an activation lever mounted on said control handle, said activation lever being fixedly mounted to said axle;

wherein said activation lever is adapted to rotate said axle, which in turn is adapted to rotate said lever arm to pull on said pull wire to impart a proximally directed displacement to said pull wire, thereby establishing said curvature of said deflectable segment of said catheter.

10. The apparatus recited in claim 1, further comprising an adjustable braking mechanism on said deflection mechanism, said braking mechanism being adapted to selectively restrain axial displacement of said pull wire during deflection of said deflectable segment of said catheter while maintaining a set tension when said deflection mechanism is moved over the range of motion.

11. The apparatus recited in claim 1, further comprising a sensor located near said distal end of said catheter.

12. The apparatus recited in claim 11, wherein said sensor comprises a thermocouple.

13. The apparatus recited in claim 11, wherein said sensor comprises an ECG sensor.

14. The apparatus recited in claim 11, wherein said spine element comprises at least two stacked flat wires arranged to make said deflectable segment more flexible near its distal end than its proximal end.

15. A method for performing cryosurgery, comprising:

providing a cryosurgery system including a refrigeration unit, a torque transmitting flexible tubular catheter, a deflectable tubular segment at a distal end of said catheter, a heat transfer element on a distal end of said deflectable segment, a tip deflection mechanism in said control handle, a pull wire connecting said tip deflection mechanism to said heat transfer element, and electrodes for mapping electrophysiologic signals;

inserting said flexible catheter into a vascular system of a patient;

manipulating said tip deflection mechanism to impart tension to said pull wire to establish curvature of said deflectable segment of said catheter;

US 2003/0040740 A1

7

Feb. 27, 2003

applying torque via said catheter to orient said deflected segment of said catheter in a desired direction;

advancing said deflected segment of said catheter through the vascular system of the patient to a desired location; and

supplying fluid from said refrigeration unit to lower the temperature of said heat transfer element.

16. The method recited in claim 15, further comprising:

providing an adjustable braking mechanism on said deflection mechanism, said deflection mechanism being adapted to give a user tactile feedback; and

manipulating said braking mechanism to selectively restrain axial displacement of said pull wire during said deflection of said deflectable segment of said catheter.

\* \* \* \* \*

# EXHIBIT C



US006471694B1

(12) **United States Patent**
    Kudaravalli et al.

(10) Patent No.:     **US 6,471,694 B1**
(45) Date of Patent:        **Oct. 29, 2002**

(54) **CONTROL SYSTEM FOR CRYOSURGERY**

(75) Inventors: **Ravikumar V. Kudaravalli; Hong Li,** both of San Diego, CA (US)

(73) Assignee: **CryoGen, Inc.,** San Diego, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/635,108**

(22) Filed: **Aug. 9, 2000**

(51) Int. Cl.$^7$ ................................... **A61B 18/18**
(52) U.S. Cl. ................................ 606/21; 606/22
(58) Field of Search ..................... 606/20–26; 62/293; 128/898

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,007,571 A * 12/1999 Neilson et al. ............... 606/22

6,383,180 B1 * 5/2002 Lalonde et al. ............... 606/22

* cited by examiner

Primary Examiner—Rosiland S. Kearney
(74) Attorney, Agent, or Firm—Gerald W. Spinks

(57)            **ABSTRACT**

An apparatus and method for automatic operation of a refrigeration system to provide refrigeration power to a catheter for tissue ablation or mapping. The primary refrigeration system can be open loop or closed loop, and a precool loop will typically be closed loop. Equipment and procedures are disclosed for bringing the system to the desired operational state, for controlling the operation by controlling refrigerant flow rate, for performing safety checks, and for achieving safe shutdown.

**19 Claims, 8 Drawing Sheets**



**U.S. Patent**    Oct. 29, 2002    Sheet 1 of 8    US 6,471,694 B1



*FIG. 1*



**FIG. 2**



*FIG. 3*



FIG. 4



FIG. 5



**FIG. 6**



**FIG. 7A**



*FIG. 7B*

US 6,471,694 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# CONTROL SYSTEM FOR CRYOSURGERY

## CROSS REFERENCE TO RELATED APPLICATIONS

Not Applicable

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not Applicable

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention is in the field of methods and apparatus used to generate and control the delivery of cryosurgical refrigeration power to a probe or catheter.

### 2. Background Information

In a cryosurgical system, contaminants such as oil, moisture, and other impurities are often deposited in the impedance tubing or other restriction through which the refrigerant is pumped. In the impedance tubing, the temperature is very low, and the flow diameter is very small. Deposit of these impurities can significantly restrict the flow of the cooling medium, thereby significantly reducing the cooling power.

## BRIEF SUMMARY OF THE INVENTION

A cryosurgical catheter used in a cardiac tissue ablation process should be able to achieve and maintain a low, stable, temperature. Stability is even more preferable in a catheter used in a cardiac signal mapping process. When the working pressure in a cryosurgery system is fixed, the flow rate can vary significantly when contaminants are present, thereby varying the temperature to which the probe and its surrounding tissue can be cooled. For a given cryosurgery system, there is an optimum flow rate at which the lowest temperature can be achieved, with the highest possible cooling power. Therefore, maintaining the refrigerant flow rate at substantially this optimum level is beneficial.

In either the ablation process or the mapping process, it may be beneficial to monitor the flow rates, pressures, and temperatures, to achieve and maintain the optimum flow rate. Further, these parameters can be used to more safely control the operation of the system.

A cryosurgical system which is controlled based only upon monitoring of the refrigerant pressure and catheter temperature may be less effective at maintaining the optimum flow rate, especially when contaminants are present in the refrigerant. Further, a system in which only the refrigerant pressure is monitored may not have effective safety control, such as emergency shut down control.

It may also be more difficult to obtain the necessary performance in a cryosurgery catheter in which only a single compressor is used as a refrigeration source. This is because it can be difficult to control both the low and high side pressures at the most effective levels, with any known compressor. Therefore, it can be beneficial to have separate low side and high side pressure control in a cryosurgical system.

Finally, it is beneficial to have a system for monitoring various parameters of data in a cryosurgery system over a period of time. Such parameters would include catheter temperature, high side refrigerant pressure, low side refrigerant pressure, and refrigerant flow rate. Continuous histori-

cal and instantaneous display of these parameters, and display of their average values over a selected period of time, can be very helpful to the system operator.

The present invention provides methods and apparatus for controlling the operation of a cryosurgical catheter refrigeration system by monitoring pressures, temperature, and/or flow rate, in order to automatically maintain a stable refrigerant flow rate at or near an optimum level for the performance of crysurgical tissue ablation or mapping. Different refrigerant flow rates can be selected as desired for ablation or mapping. Flow rate, pressures, and temperature can be used for automatic shut down control. Refrigerant sources which provide separate high side and low side pressure controls add to the performance of the system. Continuous displays of temperature, high side refrigerant pressure, low side refrigerant pressure, and refrigerant flow rate are provided to the operator on a single display, to enhance system efficiency and safety.

The novel features of this invention, as well as the invention itself, will be best understood from the attached drawings, taken along with the following description, in which similar reference characters refer to similar parts, and in which:

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. 1 is a schematic of a first embodiment of the apparatus of the present invention, using a pressure bottle as the primary refrigerant source;

FIG. 2 is a schematic of a second embodiment of the apparatus of the present invention, using a compressor as the primary refrigerant source;

FIG. 3 is a schematic of a third embodiment of the apparatus of the present invention, using two compressors connected in series as the primary refrigerant source;

FIG. 4 is a schematic of a first embodiment of a control system apparatus according to the present invention, for use with the apparatus shown in FIG. 1;

FIG. 5 is a schematic of a second embodiment of a control system apparatus according to the present invention, for use with the apparatus shown in FIG. 2 or 3;

FIG. 6 is a schematic of a parameter display for use with the control equipment of the present invention; and

FIG. 7 is a flow diagram showing one control sequence for use with the control apparatus of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

According to certain embodiments of the invention, the refrigeration system may be a two stage Joule-Thomson system with a closed loop precool circuit and either an open loop or a closed loop primary circuit. A typical refrigerant for the primary circuit would be R-508b, and a typical refrigerant for the precool circuit would be R-410a. In the ablation mode, the system may be capable of performing tissue ablation at or below minus 70° C. while in contact with the tissue and circulating blood. In the mapping mode, the system may be capable of mapping by stunning the tissue at a temperature between minus 10° C. and minus 18° C. while in contact with the tissue and circulating blood. These performance levels may be achieved while maintaining the catheter tip pressure at or below a sub-diastolic pressure of 14 psia.

As shown in FIG. 1, one embodiment of the apparatus **10** of the present invention is an open loop system using a

US 6,471,694 B1

3

pressure bottle for the refrigerant source. Such a system can include a primary refrigerant supply bottle 200, a primary refrigerant fluid controller 208, a catheter 300, a primary refrigerant recovery bottle 512, a secondary refrigerant compressor 100, a precool heat exchanger 114, and various sensors. In certain embodiments, all but the catheter 300 and the precool heat exchanger 114 may be located in a cooling console housing. The precool heat exchanger 114 is connected to the console by flexible lines 121, 221. Pressure of the refrigerant in the primary refrigerant supply bottle 200 is monitored by a primary refrigerant supply pressure sensor 202. Output of primary refrigerant from the supply bottle 200 is regulated by a pressure regulator 204, which, in certain embodiments, can receive refrigerant from the bottle 200 at a pressure above 350 psia and regulate it to less than 350 psia. A primary refrigerant relief valve 206 is provided to prevent over pressurization of the primary system downstream of the pressure regulator 204, for example, above 400 psia. The flow rate of primary refrigerant is controlled by the fluid controller 208, which can be either a pressure controller or a flow controller. A feedback loop may be provided to control the operation of the fluid controller 208. The feedback signal for the fluid controller 208 can come from a pressure sensor 310 or a flow sensor 311, on the effluent side of the catheter 300, discussed below.

A primary refrigerant high pressure sensor 210 is provided downstream of the fluid controller 208, to monitor the primary refrigerant pressure applied to the precool heat exchanger 114. The high pressure side 212 of the primary loop passes through the primary side of the cooling coil of the precool heat exchanger 114, then connects to a quick connect fitting 304 on the precool heat exchanger 114. Similarly, the low side quick connect fitting 304 on the precool heat exchanger 114 is connected to the low pressure side 412 of the primary loop, which passes back through the housing of the precool heat exchanger 114, without passing through the cooling coil, and then through the flow sensor 311. The catheter tip pressure sensor 310 monitors catheter effluent pressure in the tip of the catheter 300. The control system maintains catheter tip pressure at a sub-diastolic level at all times.

The low pressure side 412 of the primary loop can be connected to the inlet 402 of a vacuum pump 400. A primary refrigerant low pressure sensor 410 monitors pressure in the low side 412 of the primary loop downstream of the precool heat exchanger 114. The outlet 404 of the vacuum pump 400 can be connected to the inlet 502 of a recovery pump 500. A 3 way, solenoid operated, recovery valve 506 is located between the vacuum pump 400 and the recovery pump 500. The outlet 504 of the recovery pump 500 is connected to the primary refrigerant recovery bottle 512 via a check valve 508. A primary refrigerant recovery pressure sensor 510 monitors the pressure in the recovery bottle 512. A 2 way, solenoid operated, bypass valve 406 is located in a bypass loop 407 between the low side 412 of the primary loop upstream of the vacuum pump 400 and the high side 212 of the primary loop downstream of the fluid controller 208. A solenoid operated bypass loop vent valve 408 is connected to the bypass loop 407.

In the catheter 300, the high pressure primary refrigerant flows through an impedance device such as a capillary tube 306, then expands into the distal portion of the catheter 300, where the resultant cooling is applied to surrounding tissues. A catheter tip temperature sensor 307, such as a thermocouple, monitors the temperature of the distal portion of the catheter 300. A catheter return line 308 returns the effluent refrigerant from the catheter 300 to the precool heat

4

exchanger 114. The high and low pressure sides of the catheter 300 are connected to the heat exchanger quick connects 304 by a pair of catheter quick connects 302. As an alternative to pairs of quick connects 302, 304, coaxial quick connects can be used. In either case, the quick connects may carry both refrigerant flow and electrical signals.

In the precool loop, compressed secondary refrigerant is supplied by a precool compressor 100. An after cooler 106 can be connected to the outlet 104 of the precool compressor 100 to cool and condense the secondary refrigerant. An oil separator 108 can be connected in the high side 117 of the precool loop, with an oil return line 110 returning oil to the precool compressor 100. A high pressure precooler pressure sensor 112 senses pressure in the high side 117 of the precool loop. The high side 117 of the precool loop is connected to an impedance device such as a capillary tube 116 within the housing of the precool heat exchanger 114. High pressure secondary refrigerant flows through the capillary tube 116, then expands into the secondary side of the cooling coil of the precool heat exchanger 114, where it cools the high pressure primary refrigerant. The effluent of the secondary side of the precool heat exchanger 114 returns via the low side 118 of the precool loop to the inlet 102 of the precool compressor 100. A low pressure precooler pressure sensor 120 senses pressure in the low side 118 of the precool loop.

Instead of using primary refrigerant supply and return bottles, the apparatus can use one or more. primary compressors in a closed loop system. FIG. 2 shows a second embodiment of the apparatus of the present invention, with a single compressor system. This embodiment would be appropriate in applications where the high side and low side pressures can be adequately controlled with a single compressor. In the apparatus 10' of this type of system, the low side 622 of the primary loop conducts the effluent of the catheter 300 to the inlet 602 of a primary refrigerant compressor 600. The compressor 600 compresses the primary refrigerant, and returns it from the compressor outlet 604 via the high side 612 of the primary loop to the primary side of the precool heat exchanger 114. A primary refrigerant high pressure sensor 614 is provided in the high side 612 of the primary loop, to monitor the primary refrigerant pressure applied to the precool heat exchanger 114. A primary refrigerant high pressure flow sensor 312 can be provided in the high side 612 of the primary loop. A primary refrigerant low pressure sensor 610 monitors pressure in the low side 622 of the primary loop downstream of the precool heat exchanger 114. A primary loop filter 608 can be provided in the low side 622 of the primary loop. A 2way, solenoid operated, primary refrigerant charge valve 626 and a primary refrigerant reservoir 628 can be provided in the low side 622 of the primary loop. A high pressure after-cooler 605 can be provided downstream of the primary refrigerant compressor 600.

As further shown in FIG. 2, a 2 way, solenoid operated, primary loop bypass valve 606 is located in a bypass loop 607 between the low side 622 of the primary loop upstream of the compressor 600 and the high side 612 of the primary loop downstream of the compressor 600. Opening of the primary loop bypass valve 606 can facilitate startup of the primary compressor 600. A precool loop filter 101 can be provided in the low side 118 of the precool loop. Further, a 2 way, solenoid operated, precool loop bypass valve 111 is located in a bypass loop 119 between the low side 118 of the precool loop upstream of the compressor 100 and the high side 117 of the precool loop downstream of the compressor 100. Opening of the precool loop bypass valve 111 can facilitate startup of the precool compressor 100.

US 6,471,694 B1

| 5 | 6 |

A purification system 900 can be provided for removing contaminants from the primary refrigerant and the secondary refrigerant. Solenoid operated 3 way purification valves 609, 611 are provided in the high side and low side, respectively, of the primary loop, for selectively directing the primary refrigerant through the purification system 900. Similarly, solenoid operated 3 way purification valves 115, 113 are provided in the high side and low side, respectively, of the precool loop, for selectively directing the secondary refrigerant through the purification system 900.

The remainder of the precool loop, the precool heat exchanger 114, and the catheter 300 are the same as discussed above for the first embodiment.

In applications where separate low side and high side pressure control is required, but where a closed loop system is desired, a two compressor primary system may be used. FIG. 3 shows a third embodiment of the apparatus of the present invention, with a dual compressor system. In the apparatus 10" of this type of system, the low side 622 of the primary loop conducts the effluent of the catheter 300 to the inlet 616 of a low side primary refrigerant compressor 618. The low side compressor 618 compresses the primary refrigerant, and provides it via its outlet 620 to the inlet 602 of a high side primary refrigerant compressor 600. A low pressure after-cooler 623 can be provided downstream of the low side compressor 618. The high side compressor 600 further compresses the primary refrigerant to a higher pressure and returns it via its outlet 604 and via the high side 612 of the primary loop to the primary side of the precool heat exchanger 114. A primary refrigerant high pressure sensor 614 is provided in the high side 612 of the primary loop, to monitor the high side primary refrigerant pressure upstream of the precool heat exchanger 114. A primary refrigerant low pressure sensor 610 monitors pressure in the low side 622 of the primary loop downstream of the precool heat exchanger 114. A primary refrigerant intermediate pressure sensor 624 monitors pressure between the outlet 620 of the low side compressor 618 and the inlet 602 of the high side compressor 600. The high side compressor 600 and the low side compressor 618 are separately controlled, using feedback from the catheter tip pressure sensor 310 and/or the flow sensors 311, 312.

As further shown in FIG. 3, a 3 way, solenoid operated, bypass valve 606' is located in a bypass loop 607 between the low side 622 of the primary loop upstream of the low side compressor 618 and the high side 612 of the primary loop downstream of the high side compressor 600. A third port is connected between the high side and low side compressors. The precool loop, the precool heat exchanger 114, and the catheter 300 are the same as discussed above for the first and second embodiments.

FIG. 4 shows a control diagram which would be suitable for use with the apparatus shown in FIG. 1. A computerized automatic control system 700 is connected to the various sensors and control devices to sense and control the operation of the system, and to provide safety measures, such as shut down schemes. More specifically, on the sensing side, the low pressure precool sensor 120 inputs low side precool pressure PA, the high pressure precool sensor 112 inputs high side precool pressure PB, the primary supply pressure sensor 202 inputs supply bottle pressure P1, the primary recovery pressure sensor 510 inputs recovery bottle pressure P2, the high pressure primary sensor 210 inputs high side primary pressure P3, the low pressure primary sensor 410 inputs low side primary pressure P4, the catheter tip pressure sensor 310 inputs catheter tip pressure P5, the temperature sensor 307 inputs catheter tip temperature T, and the flow

sensor 311 inputs primary refrigerant flow rate F. Further, on the control side, the control system 700 energizes the normally closed bypass valve 406 to open it, energizes the normally open vent valve 408 to close it, and energizes the recovery valve 506 to connect the vacuum pump outlet 404 to the recovery pump inlet 502. Finally, the control system 700 provides a pressure set point SPP or flow rate set point SPF to the fluid controller 208, depending upon whether it is a pressure controller or a flow controller.

FIG. 5 shows a control diagram which would be suitable for use with the apparatus shown in FIG. 2 or FIG. 3. A computerized automatic control system 700 is connected to the various sensors and control devices to sense and control the operation of the system, and to provide safety measures, such as shut down schemes. More specifically, on the sensing side, the low pressure precool sensor 120 inputs low side precool pressure PA, the high pressure precool sensor 112 inputs high side precool pressure PB, the high pressure primary sensor 614 inputs high side primary pressure P3, the low pressure primary sensor 610 inputs low side primary pressure P4, the catheter tip pressure sensor 310 inputs catheter tip pressure P5, the temperature sensor 307 inputs catheter tip temperature T, and the flow sensors 311, 312 input primary refrigerant flow rate F. Further, on the control side, the control system 700 energizes the normally closed primary loop bypass valve 606, 606' to open it, and the control system 700 energizes the normally closed precool loop bypass valve 111 to open it. The control system 700 also energizes the primary loop purification valves 609, 611 to selectively purify the primary refrigerant, and the control system 700 energizes the precool loop purification valves 113, 115 to selectively purify the secondary refrigerant. Finally, the control system 700 provides a minimum high side pressure set point PL2 to the controller 601 of the primary compressor 600 in the system shown in FIG. 2. Alternatively, in the system shown in FIG. 3, the control system 700 provides a minimum high side pressure set point PL2B to the controller 601 of the high side primary compressor 600, and the control system 700 provides a maximum low side pressure set point PL2A to the controller 619 of the low side primary compressor 618.

A numeric digital display, or a graphical display similar to that shown in FIG. 6, is provided on the cooling console to assist the operator in monitoring and operating the system. For example, on a single graphical display, graphs can be shown of catheter tip temperature T, high side primary pressure P3, low side primary pressure P4, and primary flow rate F, all versus time. Further, on the same display, the operator can position a vertical cursor at a selected time, resulting in the tabular display of the instantaneous values of T, P3, P4, and F, as well as the average, maximum, and minimum values of these parameters.

The present invention will now be further illustrated by describing a typical operational sequence of the open loop embodiment, showing how the control system 700 operates the remainder of the components to start up the system, to provide the desired refrigeration power, and to provide system safety. The system can be operated in the Mapping Mode, where the cold tip temperature might be maintained at minus 10 C., or in the Ablation Mode, where the cold tip temperature might be maintained at minus 65 C. Paragraphs are keyed to the corresponding blocks in the flow diagram shown in FIG. 7. Suggested exemplary Pressure Limits used below could be PL1=160 psia; PL2=400 psia; PL3=500 psia; PL4=700 psia; PL5=600 psia; PL6=5 psia; PL7=diastolic pressure; PL8=375 psia; and PL9=5 psia. Temperature limits, flow limits, procedure times, and procedure types are set by the operator according to the procedure being performed.

US 6,471,694 B1

7                                                                                                                8

Perform self tests (block 802) of the control system circuitry and connecting circuitry to the sensors and controllers to insure circuit integrity.

Read and store supply cylinder pressure P1, primary low pressure P4, and catheter tip pressure P5 (block 804). At this time, P4 and P5 are at atmospheric pressure. If P1 is less than Pressure Limit PL2 (block 808), display a message to replace the supply cylinder (block 810), and prevent further operation. If P1 is greater than PL2, but less than Pressure Limit PL3, display a message to replace the supply cylinder soon, but allow operation to continue.

Read precool charge pressure PB and recovery cylinder pressure P2 (block 806). If PB is less than Pressure Limit PL1 (block 808), display a message to service the precool loop (block 810), and prevent further operation. If P2 is greater than Pressure Limit PL4 (block 808), display a message to replace the recovery cylinder (block 810), and prevent further operation. If P2 is less than PL4, but greater than Pressure Limit PL5, display a message to replace the recovery cylinder soon, but allow operation to continue.

Energize the bypass loop vent valve 408 (block 812). The vent valve 408 is a normally open two way solenoid valve open to the atmosphere. When energized, the vent valve 408 is closed.

Start the precool compressor 100 (block 814). Display a message to attach the catheter 300 to the console quick connects 304 (block 816). Wait for the physician to attach the catheter 300, press either the Ablation Mode key or the Mapping Mode key, and press the Start key (block 818). Read the catheter tip temperature T and the catheter tip pressure P5. At this time, T is the patient's body temperature and P5 is atmospheric pressure.

Energize the bypass loop valve 406, while leaving the recovery valve 506 deenergized (block 820). The bypass valve 406 is a normally closed 2 way solenoid valve. Energizing the bypass valve 406 opens the bypass loop. The recovery valve 506 is a three way solenoid valve that, when not energized, opens the outlet of the vacuum pump 400 to atmosphere. Start the vacuum pump 400 (block 822). These actions will pull a vacuum in the piping between the outlet of the fluid controller 208 and the inlet of the vacuum pump 400, including the high and low pressure sides of the catheter 300. Monitor P3, P4, and P5 (block 824), until all three are less than Pressure Limit PL6 (block 826).

Energize the recovery valve 506 and the recovery pump 500 (block 828). When energized, the recovery valve 506 connects the outlet of the vacuum pump 400 to the inlet of the recovery pump 500. De-energize the bypass valve 406, allowing it to close (block 830). Send either a pressure set point SPP (if a pressure controller is used) or a flow rate set point SPF (if a flow controller is used) to the fluid controller 208 (block 832). Where a pressure controller is used, the pressure set point SPP is at a pressure which will achieve the desired refrigerant flow rate, in the absence of plugs or leaks. The value of the set point is determined according to whether the physician has selected the mapping mode or the ablation mode. These actions start the flow of primary refrigerant through the catheter 300 and maintain the refrigerant flow rate at the desired level.

Continuously monitor and display procedure time and catheter tip temperature T (block 834). Continuously monitor and display all pressures and flow rates F (block 836). If catheter tip pressure P5 exceeds Pressure Limit PL7, start the shutdown sequence (block 840). Pressure Limit PL7 is a pressure above which the low pressure side of the catheter 300 is not considered safe.

If F falls below Flow Limit FL1, and catheter tip temperature T is less than Temperature Limit TL1, start the shutdown sequence (block 840). Flow Limit FL1 is a minimum flow rate below which it is determined that a leak or a plug has occurred in the catheter 300. FL1 can be expressed as a percentage of the flow rate set point SPF. Temperature Limit TL1 is a temperature limit factored into this decision step to prevent premature shutdowns before the catheter 300 reaches a steady state at the designed level of refrigeration power. So, if catheter tip temperature T has not yet gone below TL1, a low flow rate will not cause a shutdown.

If P3 exceeds Pressure Limit PL8, and F is less than Flow Limit FL2, start the shutdown sequence (block 840). PL8 is a maximum safe pressure for the high side of the primary system. Flow Limit FL2 is a minimum flow rate below which it is determined that a plug has occurred in the catheter 300, when PL8 is exceeded. FL2 can be expressed as a percentage of the flow rate set point SPF.

If P4 is less than Pressure Limit PL9, and F is less than Flow Limit FL3, start the shutdown sequence (block 840). PL9 is a pressure below which it is determined that a plug has occurred in the catheter 300, when flow is below FL3. FL3 can be expressed as a percentage of the flow rate set point SPF.

An exemplary shutdown sequence will now be described. Send a signal to the fluid controller 208 to stop the primary refrigerant flow (block 840). Energize the bypass valve 406 to open the bypass loop (block 842). Shut off the precool compressor 100 (block 844). Continue running the vacuum pump 400 to pull a vacuum between the outlet of the fluid controller 208 and the inlet of the vacuum pump 400 (block 846). Monitor primary high side pressure P3, primary low side pressure P4, and catheter tip pressure P5 (block 848) until all three are less than the original primary low side pressure which was read in block 804 at the beginning of the procedure (block 850). Then, de-energize the recovery pump 500, recovery valve 506, vent valve 408, bypass valve 406, and vacuum pump 400 (block 852). Display a message suggesting the removal of the catheter 300, and update a log of all system data (block 854).

Similar operational procedures, safety checks, and shutdown procedures would be used for the closed loop primary system shown in FIG. 2 or FIG. 3, except that the primary compressor 600 or compressors 600, 618 would provide the necessary primary refrigerant flow rate in place of the supply and recovery cylinders, the fluid controller, and the vacuum and recovery pumps. As with the open loop system, the closed loop system can be operated in the Mapping Mode, where the cold tip temperature might be maintained at minus 10 C., or in the Ablation Mode, where the cold tip temperature might be maintained at minus 65 C. As a first option to achieve the desired cold tip temperature, the precool bypass valve 111 can be adjusted to control the liquid fraction resulting after expansion of the secondary refrigerant, thereby adjusting the refrigeration capacity. Under this option, primary refrigerant high and low pressures are kept constant. As a second option, or in combination with the first option, primary refrigerant flow rate can be by means of operating controllers 601, 619 on the primary compressors 600, 618 to maintain a high pressure set point SPP which will achieve the desired flow rate, resulting in the desired cold tip temperature.

A Service Mode is possible, for purification of the primary and secondary refrigerants. In the Service Mode, the normally open bypass valves 111, 606 are energized to close.

US 6,471,694 B1

9

The primary loop purification valves 609, 611 are selectively aligned with the purification system 900 to purify the primary refrigerant, or the precool loop purification valves 113, 115 are selectively aligned with the purification system 900 to purify the secondary refrigerant.

In either the Mapping Mode or the Ablation Mode, the desired cold tip temperature control option is input into the control system 700. Further, the type of catheter is input into the control system 700. The normally closed charge valve 626 is energized as necessary to build up the primary loop charge pressure. If excessive charging is required, the operator is advised. Further, if precool loop charge pressure is below a desired level, the operator is advised.

When shutdown is required, the primary loop high side purification valve 609 is closed, and the primary loop compressors 600, 618 continue to run, to draw a vacuum in the catheter 300. When the desired vacuum is achieved, the primary loop low side purification valve 611 is closed. This isolates the primary loop from the catheter 300, and the disposable catheter 300 can be removed.

While the particular invention as herein shown and disclosed in detail is fully capable of obtaining the objects and providing the advantages hereinbefore stated, it is to be understood that this disclosure is merely illustrative of the presently preferred embodiments of the invention and that no limitations are intended other than as described in the appended claims.

We claim:

1. Apparatus for performing cryosurgery, comprising:
a refrigerant supply source connectable to a high pressure duct;
a cryosurgery catheter having an inlet connectable to said high pressure duct, said catheter having a tip;
a refrigerant expansion element in said catheter;
a temperature sensor on said catheter;
a pressure sensor adapted to sense pressure inside said catheter tip;
a low pressure duct connectable to an outlet of said catheter;
a flow sensor in said low pressure duct downstream of said catheter; and
a control system connected and programmed to maintain a selected catheter temperature, in response to signals from said temperature sensor, said pressure sensor, and said flow sensor.

2. An apparatus as recited in claim 1, further comprising:
a precool heat exchanger in said high pressure duct;
a precool compressor for compressing a secondary refrigerant; and
a precool expansion element connected to said precool compressor for expanding said secondary refrigerant to cool said precool heat exchanger.

3. An apparatus as recited in claim 2, further comprising a bypass valve connected between an outlet of said precool compressor and an inlet of said precool compressor.

4. An apparatus as recited in claim 1, wherein:
said refrigerant supply source comprises a pressure bottle; and
a fluid controller in said high pressure duct; and
further comprising a recovery bottle connected to said low pressure duct.

5. An apparatus as recited in claim 4, wherein said fluid controller comprises a pressure controller.

6. An apparatus as recited in claim 4, wherein said fluid controller comprises a flow controller.

10

7. An apparatus as recited in claim 4, further comprising:
a vacuum pump having an inlet connected to said low pressure duct;
a recovery pump having an inlet connected to an outlet of said vacuum pump, said recovery pump having an outlet connected to said recovery bottle;
a bypass valve in a bypass duct connected between said high pressure duct and said low pressure duct; and
a vent valve connected to said bypass duct between said bypass valve and said high pressure duct.

8. An apparatus as recited in claim 1, wherein:
said refrigerant supply source comprises a compressor;
said high pressure duct is connected to an outlet of said compressor;
a compressor controller; and
said control system operates said compressor controller to maintain refrigerant pressure above a selected level in said high pressure duct.

9. An apparatus as recited in claim 8, further comprising a second compressor with a second compressor controller, wherein:
said low pressure duct is connected to an inlet of said second compressor;
an outlet of said second compressor is connected to an inlet of said first compressor;
said control system operates said first compressor controller to maintain refrigerant pressure above a selected level in said high pressure duct; and
said control system operates said second compressor controller to maintain refrigerant pressure below a selected level in said low pressure duct.

10. An apparatus as recited in claim 8, further comprising a bypass valve in a bypass duct connected between said high pressure duct and said low pressure duct.

11. An apparatus as recited in claim 1, further comprising:
a precool heat exchanger in said high pressure duct;
a precool compressor for compressing a secondary refrigerant;
a precool expansion element connected to said precool compressor for expanding said secondary refrigerant to cool said precool heat exchanger; and
a bypass valve connected between an outlet of said precool compressor and an inlet of said precool compressor
wherein:
said refrigerant supply source comprises a primary compressor;
said high pressure duct is connected to an outlet of said primary compressor; and
said control system operates said bypass valve to maintain catheter temperature at a selected level.

12. Apparatus for performing cryosurgery, comprising:
a primary refrigerant pressure bottle connectable to a high pressure duct;
a fluid pressure controller in said high pressure duct;
a precool heat exchanger in said high pressure duct;
a precool compressor for compressing a secondary refrigerant;
a secondary expansion element connected to expand said secondary refrigerant to cool said precool heat exchanger;
a cryosurgery catheter having an inlet connectable to said high pressure duct;

US 6,471,694 B1

11

a primary expansion element in said catheter connected to expand said primary refrigerant to cool a portion of said catheter;

a temperature sensor on said catheter;

a low pressure duct connectable to an outlet of said catheter;

a pressure sensor in said low pressure duct;

a flow sensor in said low pressure duct;

a vacuum pump having an inlet connected to said low pressure duct;

a recovery pump having an inlet connected to an outlet of said vacuum pump;

a recovery bottle connected to an outlet of said recovery pump;

a bypass valve in a bypass duct connected between said high pressure duct and said low pressure duct; and

a control system connected and programmed to operate said pressure controller to maintain a selected primary refrigerant flow rate, in response to signals from said temperature sensor, said pressure sensor, and said flow sensor.

13. A method for controlling a cryosurgical instrument, comprising:

providing a refrigerant supply, a cryosurgery catheter including an expansion element, a temperature sensor, a pressure sensor, a flow sensor, a precool loop, and a control system connected to said sensors;

flowing said refrigerant via a high pressure duct into said cryosurgery catheter;

precooling said refrigerant in said precool loop;

expanding said refrigerant in said catheter with said expansion element;

sensing the temperature of said catheter with said temperature sensor;

sensing the pressure of said expanded refrigerant with said pressure sensor;

sensing the flow rate of said refrigerant with said flow sensor; and

controlling said refrigerant with said control system, to maintain a selected catheter temperature, in response to signals from said temperature sensor, said pressure sensor, and said flow sensor.

12

14. A method as recited in claim 13, wherein:

said refrigerant supply source comprises a pressure bottle; and

a fluid controller in said high pressure duct;

said method comprising operating said fluid controller to maintain a selected pressure at said pressure sensor.

15. A method as recited in claim 14, wherein said fluid controller comprises a pressure controller, said method comprising modifying a pressure setpoint of said pressure controller to maintain a selected pressure at said pressure sensor.

16. A method as recited in claim 14, wherein said fluid controller comprises a flow controller, said method comprising modifying a flow setpoint of said flow controller to maintain a selected pressure at said pressure sensor.

17. A method as recited in claim 13, wherein:

said refrigerant supply source comprises a compressor; and

a compressor controller;

said method comprising operating said compressor controller to maintain a selected pressure at said pressure sensor.

18. A method as recited in claim 17, further comprising:

providing a second compressor with a second compressor controller, wherein a low pressure duct is connected between said catheter and an inlet of said second compressor, and an outlet of said second compressor is connected to an inlet of said first compressor;

operating said control system and said first controller to maintain refrigerant pressure above a selected level in said high pressure duct; and

operating said control system and said second controller to maintain refrigerant pressure below a selected level in said low pressure duct.

19. A method as recited in claim 13, wherein:

said refrigerant supply source comprises a compressor; and

a precool bypass valve in said precool loop;

said method comprising operating said precool bypass valve to maintain a selected catheter temperature.

*  *  *  *  *

# EXHIBIT D



US00RE40049E

(19) **United States**

(12) **Reissued Patent**
    Li

(10) Patent Number: **US RE40,049 E**
(45) Date of Reissued Patent:    **Feb. 12, 2008**

(54) **PRECOOLED CRYOGENIC ABLATION SYSTEM**

(75) Inventor: **Hong Li**, San Diego, CA (US)

(73) Assignee: **AMS Research Corporation**, Minnetonka, MN (US)

(21) Appl. No.: **11/412,250**

(22) Filed: **Apr. 26, 2006**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,237,355**
    Issued: **May 29, 2001**
    Appl. No.: **09/344,423**
    Filed: **Jun. 25, 1999**

U.S. Applications:
(62) Division of application No. 10/446,390, filed on May 28, 2003.

(51) Int. Cl.
    *F25D 3/00* (2006.01)
    *F25B 9/00* (2006.01)
    *F25B 7/00* (2006.01)

(52) **U.S. Cl.** .................................. **62/293**; 62/6; 62/114; 62/335; 606/20; 606/22; 606/25

(58) **Field of Classification Search** ................... 62/293, 62/6, 114, 335; 606/20, 22, 25
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,991,633 A | * | 7/1961 | Simon ........................ 62/51.2 |
| 3,048,021 A | * | 8/1962 | Frame et al. ............... 62/51.2 |
| 3,401,533 A | * | 9/1968 | Bradley ...................... 62/51.2 |
| 3,415,078 A | * | 12/1968 | Liston ........................ 62/51.2 |
| 3,431,750 A | * | 3/1969 | Lefranc ...................... 62/51.2 |
| 3,696,813 A | * | 10/1972 | Wallach ...................... 606/26 |
| 4,829,785 A | * | 5/1989 | Hersey ....................... 62/467 |
| 4,840,043 A | * | 6/1989 | Sakitani et al. .............. 62/51.2 |
| 4,875,346 A | * | 10/1989 | Jones et al. .................. 62/467 |
| 4,951,471 A | * | 8/1990 | Sakitani et al. .............. 62/51.2 |
| 4,990,412 A | * | 2/1991 | Hersey ......................... 429/8 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| GB | 2283678 A | * | 5/1995 | |
| WO | WO95/13025 | * | 5/1995 | |
| WO | WO95/19738 | * | 7/1995 | |
| WO | WO 95/15093 | * | 4/1999 | |
| WO | WO99/15093 | * | 4/1999 | |
| WO | WO99/57494 | * | 11/1999 | |
| WO | WO00/42932 | * | 7/2000 | |

OTHER PUBLICATIONS

Chang, Z.; "Development of a high Performance Multiprobe Cryosurgical Device", Sep. 1994; Biomedical Instrumentation and Technology: pp. 383–390.*

Little, W.; Advances in Joule–Thomson Colling; pp. 1–10; place and date of publication unknown.*

Little, W.; Microminiature Refrigeration: Jun. 1983; Rev. Sci. Instrum. 55(5); pp. 661–680.*

Little, W.; Microminiature Refrigerators for Joule–Thomson Cooling of Electronic Chips and Devices; 1990; Advances in Cryogenic Engineering vol. 35; pp. 1325–1333.*

*Primary Examiner*—William C Doerrler
(74) *Attorney, Agent, or Firm*—Baker & McKenzie LLP

(57) **ABSTRACT**

A method and apparatus for using a secondary refrigerant to precool and liquefy a primary refrigerant, then vaporizing and expanding the primary refrigerant to cool a cold tip of a cryosurgical instrument for ablation of biological tissue, such as cardiovascular tissue, in particular endocardiac tissue and tissue inside a cardiac blood vessel. The secondary refrigerant has a critical temperature above the critical temperature of the primary refrigerant, and a cooling temperature below the critical temperature of the primary refrigerant, thereby facilitating the use of the precooling step to provide liquid primary refrigerant in an operating room environment in which the primary refrigerant could not otherwise be provided in the liquid phase.

**3 Claims, 1 Drawing Sheet**



## US RE40,049 E
Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,037,431 A | * | 8/1991 | Summers et al. | 606/131 |
| 5,063,747 A | * | 11/1991 | Jones et al. | 62/46.1 |
| 5,157,938 A | * | 10/1992 | Bard et al. | 62/335 |
| 5,207,674 A | * | 5/1993 | Hamilton | 606/20 |
| 5,275,595 A | * | 1/1994 | Dobak, III | 606/23 |
| 5,595,065 A | * | 1/1997 | Boiarski et al. | 62/222 |
| 5,603,221 A | * | 2/1997 | Maytal | 62/51.2 |
| 5,617,739 A | * | 4/1997 | Little | 62/619 |
| 5,724,832 A | * | 3/1998 | Little et al. | 62/613 |
| 5,758,505 A | * | 6/1998 | Dobak et al. | 62/6 |
| 5,759,182 A | * | 6/1998 | Varney et al. | 606/21 |
| 5,807,391 A | * | 9/1998 | Wijkamp | 606/23 |
| 6,592,577 B2 | * | 7/2003 | Abboud et al. | 606/22 |
| 6,635,053 B1 | * | 10/2003 | Lalonde et al. | 606/22 |

* cited by examiner



*Fig. 1*

*Fig. 2*

US RE40,049 E

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## PRECOOLED CRYOGENIC ABLATION SYSTEM

Matter enclosed in heavy brackets **[ ]** appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

*Notice: More than one reissue application has been filed for the reissue of U.S. Pat. No. 6,237,355. The reissue applications are application Ser. Nos. 11/412,250 (the present application) and 10/446,390 (which is fully incorporated herein by reference). The present application Ser. No. 11/412,250, is a divisional of reissue application Ser. No. 10/446,390 and also a reissue of U.S. Pat. No. 6,237, 355.*

### CROSS REFERENCE TO RELATED APPLICATIONS

Not Applicable

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not Applicable

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention is in the field of cooling biological tissues to very low temperatures, for treatment of medical conditions, as in cryosurgery.

2. Background Information

It is desirable to be able to selectively cool miniature discrete portions of biological tissue to very low temperatures in the performance of cryosurgery, without cooling substantially cooling adjacent tissues of the organ. Cryosurgery has become an important procedure in medical, dental, and veterinary fields. Particular success has been experienced in the specialties of gynecology and dermatology. Other specialties, such as neurosurgery and urology, could also benefit from the implementation of cryosurgical techniques, but this has only occurred in a limited way. Unfortunately, currently known cryosurgical instruments have several limitations which make their use difficult or impossible in some such fields. Specifically, known systems can not achieve the necessary temperature and cooling power to optimally perform cryosurgical ablation, such as in cardiac ablation to correct arrhythmia.

In the performance of cryosurgery, it is typical to use a cryosurgical application system designed to suitably freeze the target tissue, thereby destroying diseased or degenerated cells in the tissue. The abnormal cells to be destroyed are often surrounded by healthy tissue which must be left uninjured. The particular probe, catheter, or other applicator used in a given application is therefore designed with the optimum shape, size, and flexibility or rigidity for the application, to achieve this selective freezing of tissue. Where a probe or catheter is used, the remainder of the refrigeration system must be designed to provide adequate cooling, which involves lowering the operative portion of the probe to a desired temperature, and having sufficient power or capacity to maintain the desired temperature for a given heat load. The entire system must be designed to place the operative portion of the probe or catheter at the location of the tissue to be frozen, without having any undesirable effect on other organs or systems.

It is an object of the present invention to provide a method and apparatus for precooling a primary loop high pressure refrigerant to a point below its critical temperature, to liquefy the primary refrigerant, with a secondary loop refrigeration cycle. This allows the use of a liquid primary refrigerant having a critical temperature below the operating room temperature, in order to achieve the lower temperature possible with such a primary refrigerant.

### BRIEF SUMMARY OF THE INVENTION

The present invention comprises a miniature refrigeration system, including a method for operating the system, including precooling of the primary high pressure refrigerant below its critical temperature, to liquefy the primary refrigerant, with a secondary refrigeration cycle using a second refrigerant with a higher critical temperature, to maximize the available cooling power of the primary refrigerant, and to achieve the lowest possible temperature.

The cooling power is an important design parameter of a cryosurgical instrument. With greater cooling power, more rapid temperature decreases occur, and lower temperatures can be maintained at the probe tip during freezing. This ultimately leads to greater tissue destruction. The power of a J-T cryosurgical device is a function of the enthalpy difference of the primary refrigerant and the mass flow rate. Pre-cooling a refrigerant below its critical temperature and liquefying the refrigerant will increase the enthalpy difference available for cooling power.

An example of a suitable primary refrigerant is SUVA-95, a mixture of R-23 and R-116 refrigerants made by DuPont Fluoroproducts, of Wilmington, Del. SUVA-95 has a critical temperature of 287K, with cooling capacity at temperatures as low as 185K at one atmosphere. An example of a suitable secondary refrigerant is AZ-20, an R-410a refrigerant made by Allied Signal of Morristown, N.J. AZ-20 has a critical temperature of 345K, with cooling capacity at temperatures as low as 220K at one atmosphere.

The high pressure primary refrigerant is fed as a gas into a high pressure passageway within a primary-to-secondary heat exchanger. The primary-to-secondary heat exchanger can be a coiled tube heat exchanger or a finned tube heat exchanger. The liquid secondary refrigerant is vaporized and expanded into a low pressure passageway in the primary-to-secondary heat exchanger. Heat exchange between the low pressure secondary refrigerant vapor and the high pressure primary refrigerant cools and liquefies the high pressure primary refrigerant. The liquid high pressure primary refrigerant is then vaporized and expanded at the cooling tip of a cryosurgical catheter to provide the cooling power necessary for effective ablation of tissue. The method and apparatus of the present invention can be used equally well in a rigid hand held cryoprobe, or in a catheter.

The primary-to-secondary heat exchanger is part of the secondary refrigeration system, which can have a secondary compressor and a secondary expansion element, in addition to the primary-to-secondary heat exchanger. The liquid high pressure secondary refrigerant, having a higher critical temperature than the primary refrigerant, can be at a temperature which is relatively higher than the critical temperature of the primary refrigerant. However, the vaporized and expanded low pressure secondary refrigerant is at a temperature which is low enough to cool the primary refrigerant below its critical temperature. Since the secondary refrigerant has a critical temperature above normal operating room temperature, it can easily be provided in the liquid state in an operating room environment, whereas the primary

US RE40,049 E

3

refrigerant, which has a critical temperature significantly below normal operating room temperature, can not.

The liquid high pressure primary refrigerant is conducted from the heat exchanger to the inlet of a primary Joule-Thomson expansion element located in the cold tip of the probe or catheter, where the primary refrigerant is vaporized and expanded to a lower pressure and a lower temperature.

The primary refrigerant exiting the primary Joule-Thomson expansion element is exposed to the inner surface of a heat transfer element at the cold tip. The vaporized and expanded primary refrigerant cools the heat transfer element to a lower temperature and then returns through the low pressure return passageway of the catheter or probe.

The novel features of this invention, as well as the invention itself, will be best understood from the attached drawings, taken along with the following description, and in which similar reference characters refer to similar parts, and in which:

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. 1 is a schematic view of the preferred embodiment of the apparatus of the present invention; and

FIG. 2 is a schematic section view of the primary-to-secondary heat exchanger used in the apparatus shown in FIG. 1.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention lies in the appropriate use of a secondary evaporative refrigeration system to precool and liquefy the primary high pressure refrigerant, before passage of the primary refrigerant through a primary Joule-Thomson expansion element. This is intended to enable the generation of a sufficiently low temperature, and to maximize the available cooling power, at the cold tip of a cryosurgical probe or catheter.

Pre-cooling the primary refrigerant to an at least partially liquid state, prior to feeding it to the primary expansion element, is the focus of the present invention. This pre-cooling can be done prior to introducing the primary refrigerant into the catheter, by the use of a heat exchanger in a cooling console. Alternatively, pre-cooling can be provided nearer to the treatment area, such as in the handle of a cryoprobe, or at the proximal end of a catheter.

An important parameter in the design of a cryosurgical device is the cooling power which the refrigeration system can develop. The cooling power determines the rate of cooling in degrees per accord, and the temperature which can be maintained at the probe tip during freezing of the tissue. The rate of freezing is important in achieving cell death, since more rapid freezing results in better formation of intracellular ice crystals, resulting in cell lysis. The rate of freezing also determines the length of time required to perform a given procedure on the patient. The quicker the procedure, the less traumatic the procedure is to the patient.

The temperature which can be maintained at the probe cold tip determines the size of the ice ball formed in the surrounding tissue. This, of course, determines the total volume of tissue destroyed at each location, and the speed with which the procedure can be completed.

In Joule-Thomson cryosurgical devices, high pressure fluid expands across a restriction of some kind, such as a small orifice, or a restricted tube. The sudden drop in pressure results in a corresponding drop in temperature. The

4

cooling power of the device is the product of the mass flow rate of the cryogen and the enthalpy difference at the different pressures and temperatures. The flow rate is a function of orifice size and the temperature and pressure of the cryogen. For a given orifice size, under non-choking conditions, the density of the cryogen is higher at higher pressures and lower temperatures, resulting in a higher mass flow rate. The maximum flow rate is found at the point where the cryogen is a liquid. The enthalpy difference is also a function of the pressure and temperature. For a given temperature and a given pressure, the maximum enthalpy difference between two conditions occurs at the liquefaction point of the cryogen. Incorporating a pre-cooling heat exchanger into the refrigeration system, to promote liquefaction of the high pressure primary cryogen, increases the power of the system.

If the primary refrigerant is in the gaseous state upon startup of the refrigeration system, the early flow rate is very low, and the power is very low. Therefore, the initial cool down is very slow at overcoming the low flow rate. Further, the cold tip is typically placed within the patient, and in contact with the target tissue, before commencement of cooldown, placing a significant heat load on the tip. This means that cooldown can be unacceptably slow, and in some cases, it may not occur at all.

In order to maximize the performance of the present cryosurgical system, and to eliminate the problems normally associated with slow cooldown rates and low cooling power, an independent secondary evaporative refrigeration system is incorporated. The primary system uses a refrigerant such as freon, or SUVA-95, to achieve the desired temperature and capacity at the cold tip. However, the critical temperature of such a refrigerant is below the temperature normally found in the operating room environment, so provision of the primary refrigerant in the liquid state requires precooling. The secondary system uses a refrigerant such as AZ-20, to pre-cool and liquefy the primary refrigerant prior to flow of the primary refrigerant to the cold tip. The secondary system accomplishes this pre-cooling through a primary-to-secondary heat exchanger. This pre-cooling causes the initial flow rate and the cooling power of the system to be higher, making the initial cooldown rate much faster.

As shown in FIG. 1, the apparatus 10 of the present invention includes a source of gaseous high pressure primary refrigerant 12, a source of liquid high pressure secondary refrigerant 14, a primary-to-secondary heat exchange unit 16, and a probe or catheter 18 with a cold tip 20. The gaseous primary refrigerant source 12 can incorporate a pressure bottle as schematically shown, with the primary loop being an open loop, or the source 12 can incorporate a compressor, with the primary loop being a closed loop, as will be explained below. The primary refrigerant is one which, in order to deliver the desired temperature and cooling capacity at the cold tip 20, necessarily has a critical temperature below the temperature of the operating room environment. The purpose of the present invention is to cool that gaseous primary refrigerant below its critical temperature and convert it to a liquid refrigerant, in order to achieve the desired temperature and cooling capacity. A flexible coaxial catheter 18 can be constructed with an outer tube made of pebax, and an inner tube made of polyimide.

Gaseous high pressure primary refrigerant flows from the primary refrigerant source 12 via a conduit 32 into the heat exchange unit 16. After heat exchange and liquefaction, liquid primary refrigerant, at a temperature below the temperature of the operating room environment, flows from the heat exchange unit 16 into the catheter or probe 18. Near the

US RE40,049 E

<table>
<tr><td>5</td><td>6</td></tr>
</table>

distal tip of the catheter **18**, the liquid primary refrigerant is vaporized and expanded at an expansion element shown schematically as an orifice **36**. This lowers the temperature of the primary refrigerant to the desired temperature, enabling the refrigerant to cool the cold tip **20** to the selected temperature for tissue ablation. Gaseous primary refrigerant returning from the cold tip **20** exits the heat exchange unit **16** via a conduit **34**. Where the primary refrigerant source **12** incorporates a pressure bottle, the primary loop can be operated as an open loop, and the gaseous primary refrigerant conduit **34** can be collected by a compressor **22** to vent to atmosphere or to a collector **24**. Alternatively, the primary loop can be operated as a closed loop, and the gaseous primary refrigerant conduit **32** can be routed (not shown) from the outlet of the compressor **22**, as is well known in the art.

The liquid secondary refrigerant source **14** can incorporate a compressor unit as schematically shown, or it can incorporate a pressure bottle. If required to generate the necessary pressure for liquefaction of the secondary refrigerant, a compressor can be used to raise the pressure of the effluent from a pressure bottle. The secondary refrigerant source **14** can also include a condenser, as is well known in the art, for liquefying the secondary refrigerant, if required. The secondary refrigerant must be one which has a critical temperature above the temperature of the operating room environment, so that the secondary refrigerant can be conducted in liquid form to the primary-to-secondary heat exchange unit **16**. This enables the use of the phase-change enthalpy difference in the secondary refrigerant to provide the necessary cooling to take the primary refrigerant below its critical temperature to the heat exchange unit **16**.

Liquid high pressure secondary refrigerant, at a temperature above the temperature of the operating room environment, flows from the secondary refrigerant source **14** via a conduit **28** into the heat exchange unit **16**. After vaporization and heat exchange, gaseous secondary refrigerant flows from the heat exchange unit **16** via a conduit **30**. Where the secondary refrigerant source **14** incorporates a pressure bottle, the secondary loop can be operated as an open loop, and the gaseous secondary refrigerant conduit **30** can vent to atmosphere or in a collector (not shown) as is well known in the art. Alternatively, the secondary loop can be operated as a closed loop, and the gaseous secondary refrigerant conduit **30** can be routed to the inlet of a compressor in the secondary refrigerant source **14**, as shown.

As shown schematically in FIG. 2, liquid high pressure secondary refrigerant enters the heat exchange unit **16** via a supply conduit **28** and is vaporized and expanded via a secondary expansion element shown as a capillary tube **29**. The vaporized and expanded secondary refrigerant, at a temperature below the critical temperature of the primary refrigerant, then flows through a secondary refrigerant flow path in a primary-to-secondary heat exchanger **26** and exits the heat exchange unit **16** via a return conduit **30**.

Gaseous high pressure primary refrigerant enters the heat exchange unit **16** via a supply conduit **32** and flows through a primary refrigerant flow path in the heat exchanger **26**. Since the temperature of the secondary refrigerant flowing through the heat exchanger **26** is significantly below the critical temperature of the primary refrigerant, the primary refrigerant is liquefied in the heat exchanger **26**. Liquid primary refrigerant then exits the heat exchanger via a conduit **33** and flows through the catheter **18** to a primary expansion element, shown schematically as an orifice **36**, near the cold tip **20**. The primary expansion element **36** vaporizes and expands the primary refrigerant to the selected temperature for cooling the cold tip **20** to the desired

temperature for ablation of tissue. The vaporized and expanded primary refrigerant returning from the cold tip **20** then flows back through the catheter **18**, through the heat exchange unit **16**, and exits the heat exchange unit **16** via a return conduit **34**.

While the particular invention as herein shown and disclosed in detail is fully capable of obtaining the objects and providing the advantages hereinbefore stated, it is to be understood that this disclosure is merely illustrative of the presently preferred embodiments of the invention and that no limitations are intended other than as described in the appended claims.

I claim:

1. A cryosurgical instrument for ablation of endocardial tissue, comprising:

a source of a gaseous primary refrigerant said source providing said primary refrigerant at a temperature above the critical temperature of said primary refrigerant;

a source of a liquid secondary refrigerant, said secondary refrigerant having a critical temperature higher than said critical temperature of said primary refrigerant;

a secondary expansion element connected to receive said liquid secondary refrigerant, said secondary expansion element being constructed to vaporize and expand said secondary refrigerant to a temperature below said critical temperature of said primary refrigerant;

a primary-to-secondary heat exchanger having a primary refrigerant flow path connected to receive said gaseous primary refrigerant, and a secondary refrigerant flow path connected to receive said vaporized and expanded secondary refrigerant from said secondary expansion element, said heat exchanger being constructed to cool and liquefy said primary refrigerant;

a primary expansion element connected to receive said liquid primary refrigerant from said heat exchanger, said primary expansion element being constructed to vaporize and expand said primary refrigerant to a selected cryogenic temperature; and

a cryoablation heat transfer element connected to receive said vaporized and expanded primary refrigerant;

wherein said primary refrigerant comprises SUVA-95, and said secondary refrigerant comprises AZ-20.

2. *A cryosurgical instrument for ablation of cardiac tissue, comprising:*

*a source of a gaseous primary refrigerant, wherein said primary refrigerant is a single gas and has a critical temperature;*

*a source of a liquid secondary refrigerant, said secondary refrigerant having a critical temperature higher than said critical temperature of said primary refrigerant;*

*a secondary expansion element connected to receive said liquid second refrigerant, said secondary expansion element being constructed to vaporize and expand said secondary refrigerant to a temperature below said critical temperature of said primary refrigerant;*

*a primary-to-secondary heat exchanger having a primary refrigerant flow path connected to receive said gaseous primary refrigerant, and a secondary refrigerant flow path connected to receive said vaporized and expanded secondary refrigerant from said secondary expansion element, said heat exchanger being constructed to cool and liquefy said primary refrigerant;*

*a primary expansion element connected to receive said liquid primary refrigerant from said heat exchanger, said primary expansion element being constructed to*

US RE40,049 E

7

vaporize and expand said primary refrigerant to a selected cryogenic temperature; and

a cryoablation heat transfer element connected to receive said vaporized and expanded primary refrigerant.

3. A cryosurgical instrument as recited in claim 2 further comprising:

a first conduit connecting said primary-to-secondary heat exchanger in fluid communication with said primary expansion element for flowing said liquid primary

8

refrigerant from said heat exchanger to said primary expansion element; and

a second conduit juxtaposed with said first conduit for back flowing said primary refrigerant from said primary expansion element for exit through said primary-to-secondary heat exchanger.

* * * * *