# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCOR, INC. and<br>AMS RESEARCH CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CRYOCATH TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 08-31-GMS<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>) |

## PLAINTIFFS' MOTION TO DISMISS COUNTS III, IV, AND XI OF DEFENDANT'S COUNTERCLAIMS, OR, IN THE ALTERNATIVE, TO BIFURCATE AND STAY THE SAME

Plaintiffs CryoCor, Inc. and AMS Research Corp. respectfully move this Court pursuant to FED. R. CIV. P. 12(b)(6) for an Order dismissing Counts III, IV, and XI of Defendant CryoCath Technologies, Inc.'s Answer to Amended Complaint and Amended Counterclaims (D.I. 10), or, in the alternative, to bifurcate and stay the same. The grounds for this Motion are more fully set forth in Plaintiffs' Opening Brief In Support Of Their Motion To Dismiss Counts III, IV, And XI Of Defendant's Counterclaims, Or, In The Alternative, To Bifurcate And Stay The Same, filed contemporaneously herewith.

Respectfully submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Leland G. Hansen
Wil Rao
Andrew W. Bateman
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Tel: (312) 775-8000
*Attorneys For AMS Research Corp.*

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    1313 N. Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Howard N. Wisnia
James P. Conley
BAKER & MCKENZIE
12544 High Bluff Drive, Third Floor
San Diego, California 92130-3051
Tel: (858) 523-6200
*Attorneys For CryoCor, Inc.*

*Attorneys For Plaintiffs CryoCor, Inc. and AMS Research Corporation*

Dated:  March 11, 2008
854226 / 32647

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 11, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

By:  /s/ David E. Moore
 Richard L. Horwitz
 David E. Moore
 Hercules Plaza, 6th Floor
 1313 N. Market Street
 Wilmington, Delaware 19899-0951
 (302) 984-6000
 rhorwitz@potteranderson.com
 dmoore@potteranderson.com

847926 / 32647

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOCOR, INC. and<br>AMS RESEARCH CORPORATION, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 08-31-GMS |
| v. | )<br>)<br>) | **JURY TRIAL DEMANDED** |
| CRYOCATH TECHNOLOGIES, INC., | )<br>) | |
| Defendant. | ) | |

### ORDER

Having considered Plaintiffs' Motion to Dismiss Defendant's Counterclaims, Counts III, IV, and XI, IT IS HEREBY ORDERED this _____ day of _____, 2008 that the Motion is GRANTED.

_____
Chief Judge Gregory M. Sleet

854226 / 32647