# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCOR, INC. and AMS RESEARCH CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CRYOCATH TECHNOLOGIES, INC. | ) ) |
| Defendant. | ) |

Civil Action No. 08-031-GMS

## DEFENDANT/COUNTERCLAIMANT'S
## 7.1 CORPORATE DISCLOSURE STATEMENT

CryoCath Technologies, Inc. discloses under Fed. R. Civ. P. 7.1 that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Defendant/Counterclaimant
CryoCath Technologies, Inc.*

*Of Counsel:*

Jason R. Buratti
Jeffery L. Kamenetsky
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, FL 33301
Telephone:  (954) 828-1488
Facsimile:  (954) 828-9122

Dated: March 18, 2008

{00202970;v1}