IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCOR, INC. and AMS RESEARCH CORPORATION, ) ) ) | |
| Plaintiffs, ) | Civil Action No. 08-031-GMS |
| v. ) ) | |
| CRYOCATH TECHNOLOGIES, INC. ) ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

## CRYOCATH'S ANSWER TO COUNTERCLAIM

CryoCath Technologies, Inc. answers CryoCor, Inc.'s Counterclaim in its Reply to Amended Counterclaims (DI 13):

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. CryoCath incorporates its replies to Counterclaim Paragraphs 1-4 above.

6. Admit.

7. Admit "CryoCor denies that it has infringed, induced infringement of, or contributed to the infringement of the ['355 patent]." CryoCath states CryoCor has infringed, induced infringement of, and contributed to infringement of the '355 patent.

8. Admit.

9. Admit "CryoCor alleges that the claims of the '355 patent are invalid for failing to satisfy one or more of the conditions of patentability set forth in, inter alia, 35 U.S.C. §§ 102, 103, and 112." CryoCath states the patent claims are valid.

{00202964;v1}

10. Admit.

11. Deny.

12. Admit.

## Defenses

13. CryoCor's Counterclaim fails to state a claim upon which relief can be granted.

## PRAYER FOR RELIEF

With respect to CryoCor's Counterclaims alone, CryoCath respectfully requests this Court enter judgment in favor of CryoCath and against CryoCor including an Order granting CryoCath the following relief:

A. Dismissal with prejudice of CryoCor's Counterclaim;

B. An award of CryoCath's attorneys' fees and costs associated with answering and (if necessary) otherwise litigating CryoCor's Counterclaim because they so thoroughly fail to state any claims upon which relief can be granted; and

C. Such further relief as this Court deems appropriate.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ Lauren E. Maguire |
|  | John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 |
|  | *Attorneys for Defendant*<br>*CryoCath Technologies, Inc.* |
| *Of Counsel:*<br><br>Jason R. Buratti<br>Jeffery L. Kamenetsky<br>Christopher & Weisberg, P.A.<br>200 East Las Olas Boulevard<br>Suite 2040<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 828-1488<br>Facsimile: (954) 828-9122<br><br>Dated: March 18, 2008 |  |