IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCOR, INC. and<br>AMS RESEARCH CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRYOCATH TECHNOLOGIES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 08-31 GMS<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Howard N. Wisnia and James P. Conley of Baker & McKenzie, 12544 High Bluff Drive, Third Floor, San Diego, CA 92130, to represent Plaintiff CryoCor, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: March 21, 2008
854545 / 32647

*Attorneys For Plaintiff CryoCor, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2008          Signed:     */s/ Howard N. Wisnia*
                                          Howard N. Wisnia
                                          Baker & McKenzie
                                          12544 High Bluff Drive, Third Floor
                                          San Diego, CA 92130
                                          Tel: (858) 523-6230
                                          Howard.N.Wisnia@bakernet.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Wisconsin, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2008          Signed:     /s/ James P. Conley
                                          James P. Conley
                                          Baker & McKenzie
                                          12544 High Bluff Drive, Third Floor
                                          San Diego, CA 92130
                                          Tel: (858) 523-6232
                                          James.P.Conley@bakernet.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 21, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

                                    By: */s/ David E. Moore*
                                              Richard L. Horwitz
                                              David E. Moore
                                              Hercules Plaza, 6th Floor
                                              1313 N. Market Street
                                              Wilmington, Delaware 19899-0951
                                              (302) 984-6000
                                              rhorwitz@potteranderson.com
                                              dmoore@potteranderson.com

847926 / 32647