IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCOR, INC. and AMS RESEARCH CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CRYOCATH TECHNOLOGIES, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 08-031-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED ORDER**

WHEREAS, on March 11, 2008, plaintiffs CryoCor, Inc., ("CyroCor") and AMS Research Corp. ("AMS Research") (collectively "Plaintiffs") filed a Motion To Dismiss Counts III, IV, And XI Of Defendant's Counterclaims, Or, In The Alternative, To Bifurcate And Stay The Same (the "Motion") (D.I. 12);

WHEREAS, Defendant CryoCath Technologies, Inc.'s ("CryoCath") answer to Plaintiff's Motion is currently due on March 31, 2008;

WHEREAS, AMS and CryoCor filed on February 27, 2008 a Complaint with the United States International Trade Commission ("ITC") seeking to exclude from importation into the United States CryoCath's products that are accused in this action based on the patents that are asserted against CryoCath in this action;

WHEREAS, the ITC is expected to make a decision whether it will initiate an Investigation based on the ITC Complaint within the next several business days;

WHEREAS, CryoCath alleges that its response to the Motion may depend on the ITC matter or CryoCath, as Respondent in an ITC investigation, may move to stay this District Court litigation pending completion of the ITC proceeding;

{00204543;v1}

WHEREAS, CryoCath's lead counsel is traveling internationally from April 2-10, 2008;

WHEREAS, the extension serves interests of judicial economy and conserves resources;

WHEREAS, CryoCath has requested, and Plaintiffs have agreed to, an extension of the deadline to respond to the Motion through and including April 16, 2008; and

WHEREAS, the parties have not yet completed a Rule 26(f) conference nor held a scheduling conference with the Court, and the amendment, if permitted by the Court, will not impact or delay the case schedule in any respect; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline for service of Defendant CryoCath's answering brief in opposition to the Motion is extended to April 16, 2008.

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| */s/ Richard L. Horwitz* | */s/ Lauren E. Maguire* |
| Richard L. Horwitz (I.D. #2246) | John G. Day (I.D. #2403) |
| David E. Moore (I.D. #3983) | Lauren E. Maguire (I.D. #4261) |
| Hercules Plaza, 6th Floor | 500 Delaware Avenue, 8th Floor |
| 1313 N. Market Street | P.O. Box 1150 |
| Wilmington, DE 19801 | Wilmington, Delaware 19899 |
| 302-984-6000 | 302-654-1888 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2008

_____
Chief Judge

188369.1