## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CRYOCOR, INC. and                            )
AMS RESEARCH CORPORATION,                     )
                                             )
      Plaintiffs,                       )
                                             )  C.A. No. 08-31 GMS
      v.                                )
                                             )
CRYOCATH TECHNOLOGIES, INC.,                  )  **JURY TRIAL DEMANDED**
                                             )
      Defendant.                        )

### STIPULATED ORDER

WHEREAS, on March 11, 2008, plaintiffs CryoCor, Inc., ("CyroCor") and AMS Research Corp. ("AMS Research") (collectively "Plaintiffs") filed a Motion To Dismiss Counts III, IV, And XI Of Defendant's Counterclaims, Or, In The Alternative, To Bifurcate And Stay The Same (the "Motion") (D.I. 12);

WHEREAS, Plaintiffs' Reply Brief in support of the Motion is currently due on April 28, 2008;

WHEREAS, Plaintiffs require additional time to consider and respond to the arguments raised in Defendants Answering Brief (D.I. 18);

WHEREAS, Plaintiffs have requested, and CryoCath Technologies, Inc. has agreed to, an extension of the deadline to file a Reply Brief in support of the Motion through and including May 1, 2008; and

WHEREAS, the parties have not yet completed a Rule 26(f) conference nor held a scheduling conference with the Court, and the amendment, if permitted by the Court, will not impact or delay the case schedule in any respect; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline for service of Plaintiff CryoCor's and AMS' Reply Brief in support of the Motion is extended to May 1, 2008.


POTTER ANDERSON & CORROON LLP                ASHBY & GEDDES


By: */s/ David E. Moore*                     By: */s/ John G. Day*
    Richard L. Horwitz (I.D. #2246)              John G. Day (I.D. #2403)
    David E. Moore (I.D. #3983)                  Lauren E. Maguire (I.D. #4261)
    Hercules Plaza, 6th Floor                    500 Delaware Avenue, 8th Floor
    1313 N. Market Street                        P.O. Box 1150
    Wilmington, DE  19801                        Wilmington, DE  19899
    302-984-6000                                 302-654-1888
    rhorwitz@potteranderson.com                  jday@ashby-geddes.com
    dmoore@potteranderson.com                    lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*                   *Attorneys for Defendant*


SO ORDERED this _____ day of _____, 2008.


_____
Chief Judge


862066 / 32647