IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCOR, INC. and<br>AMS RESEARCH CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CRYOCATH TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 08-31 GMS<br>)<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>) |

## STIPULATED ORDER

WHEREAS, on May 2, 2008, defendant Cryocath Technologies, Inc. filed a Motion To Stay Case Under 28 *U.S.C.* § 1659 (the "Motion") (D.I. 21);

WHEREAS, Plaintiffs do not oppose the relief requested in the Motion;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Motion is GRANTED and all action in this case is stayed until the proceeding before the United States International Trade Commission has been resolved or until further Order of this Court.

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| By: /s/ David E. Moore<br>Richard L. Horwitz (I.D. #2246)<br>David E. Moore (I.D. #3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>302-984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | By: /s/ John G. Day<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge

864800 / 32647