IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCOR, INC. and<br>AMS RESEARCH CORPORATION,<br><br>      Plaintiffs,<br><br>      v.<br><br>CRYOCATH TECHNOLOGIES, INC.,<br><br>      Defendant. | C.A. No. 08-31-GMS<br><br>**JURY TRIAL DEMANDED** |

## AMENDED RULE 7.1. DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Plaintiff CryoCor, Inc. hereby discloses that it is an indirect, wholly-owned subsidiary of Boston Scientific.

Pursuant to FED. R. CIV. P. 7.1, Plaintiff AMS Research Corporation hereby identifies its parent corporations and any publicly held company that owns ten present (10%) or more of the party's stock, as follows: AMS Research Corporation is a wholly owned subsidiary of American Medical Systems, Inc., which is a wholly-owned subsidiary of American Medical Systems Holdings, Inc.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Leland G. Hansen
Wil Rao
Andrew W. Bateman
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Tel: (312) 775-8000
*Attorneys For AMS Research Corp.*

    -and-

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys For Plaintiffs CryoCor, Inc. and AMS Research Corporation*

Howard N. Wisnia
James P. Conley
BAKER & MCKENZIE
12544 High Bluff Drive, Third Floor
San Diego, California 92130-3051
Tel: (858) 523-6200
*Attorneys For CryoCor, Inc.*

Dated: June 25, 2008
868012 / 32647

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 25, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

By:  /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

847926 / 32647